SEAN HALLORAN
Hartig Rhodes Hoge & Lekisch P.C.
717 K Street
Anchorage, AK  99501
Phone:  907-276-1592
Fax:    907-277-4352
mail@hartig.com
Counsel for Teck Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,           ) | |
|          ) | |
|       Plaintiff,     ) | |
|          ) | |
| vs.          ) | |
|          ) | |
| TECK ALASKA INCORPORATED    ) | |
|          ) | |
|       Defendant.    ) | |
| _____) | Case No. 4:09-cv-00020-RRB |

## [PROPOSED] ORDER

Defendant Teck Alaska Incorporated moved to change venue from Fairbanks
to Anchorage on the grounds that each of the parties and all of the witnesses are
either in Anchorage or must travel through Anchorage to attend a trial in
Fairbanks.  For good cause shown, the motion is GRANTED.  Effective
immediately, venue for this case shall be Anchorage.

DATED this ___ day of _____, 2008.

_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2009
a true and correct copy of the foregoing was served
on Kenneth Covell by electronic
means through the ECF system as indicated on
the Notice of Electronic Filing.


_____/s/_____
Becky Lewis
Hartig Rhodes Hoge & Lekisch PC