SEAN HALLORAN  
Hartig Rhodes Hoge & Lekisch P.C.  
717 K Street  
Anchorage, AK 99501  
Phone: 907-276-1592  
Fax: 907-277-4352  
mail@hartig.com  

Counsel for Teck Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TECK ALASKA INCORPORATED )<br>)<br>Defendant. )<br>_____ ) | Case No. 4:09-cv-00020-RRB |

### NOTICE OF LODGING

Teck Alaska Incorporated Lodges herewith a Proposed Order regarding the Motion for Summary Judgment filed at docket 10.

DATED at Anchorage, Alaska, this 15th day of May, 2009.

HARTIG RHODES HOGE & LEKISCH  
Attorneys for Teck Alaska Incorporated.

By: _/s/ Sean Halloran_  
Sean Halloran

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2009
a true and correct copy of the foregoing was served
on Kenneth Covell by electronic
means through the ECF system as indicated on
the Notice of Electronic Filing.

_____
Becky Lewis
Hartig Rhodes Hoge & Lekisch PC