SEAN HALLORAN
Hartig Rhodes Hoge & Lekisch P.C.
717 K Street
Anchorage, AK  99501
Phone:  907-276-1592
Fax:    907-277-4352
mail@hartig.com
Counsel for Teck Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,    )<br>    )<br>    Plaintiff,    )<br>    )<br>vs.    )<br>    )<br>TECK ALASKA INCORPORATED    )<br>    )<br>    Defendant.    )<br>_____)  | Case No. 4:09-cv-00020-RRB |

## [PROPOSED] ORDER

Gregg Conitz is suing his employer Teck Alaska Incorporated in an attempt to declare Teck's policy of giving a hiring preference to shareholders of NANA Regional Corporation to be unlawful discrimination under Title VII, § 1981, and AS 18.80, and to award him both damages and one or more of the positions that he has unsuccessfully applied for.  He previously sued Teck in case 4:06-CV-00015 RRB, where he sought the same relief and litigated the identical issues that he presents here.  In his earlier case, this court determined that "application of the shareholder hiring preference is not prohibited by law because it is based on the permissible distinction of shareholder status rather than race."

Res judicata precludes a plaintiff from relitigating issues that were previously adjudicated or that could have been included in earlier litigation between the same parties. Mr. Conitz's claims in this lawsuit are each barred by res judicata. Accordingly, this case is dismissed with prejudice.

DATED this ___ day of _____, 2008.

_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2009
a true and correct copy of the foregoing was served
on Kenneth Covell by electronic
means through the ECF system as indicated on
the Notice of Electronic Filing.

_____/s/_____
Becky Lewis
Hartig Rhodes Hoge & Lekisch PC