**NANA Regional Corporation, Inc.** 

December 1, 2006

John Knapp, Mine Manager
Teck Cominco Alaska Incorporated
3105 Lakeshore Dr., Bldg A, Ste 101
Anchorage, Alaska 99517

Dear John:

It has come to my attention that Teck Cominco has an internal policy of giving preference to current Teck Cominco employees for open positions at the Red Dog Mine rather than NANA Shareholders as is required by the NANA Cominco Agreement. My understanding of your policy is that Teck Cominco announces jobs internally and externally at the same time and if there are qualified internal and external applications, the internal candidate would be offered the position without regard to shareholder status.

The NANA Cominco Agreement states that "as many as possible of the employees required by Operator or any contractor or subcontractor in connection with any activities under this Agreement to be undertaken in Alaska shall be Natives of the NANA Region." The Employment Goal of NANA and Teck Cominco is 100% shareholder hire. To that end, the Agreement further states that "employment shall be offered first to available Natives of the NANA Region who are qualified for the job or, if none are qualified...to those who meet job-related standards of fitness and ability which indicate that with a reasonable amount of on-the-job training as outlined in the Employment Plan the person could satisfactorily perform the job." The only exception to this general rule is that if there are no NANA shareholders qualified and available for nonrecurring jobs less than two months long.

Red Dog Employment Plan on page four reiterates that Cominco will initially employ NANA Shareholders who qualify for "available positions," and on page five states that Cominco will give preference first to those shareholders best qualified to perform the job and then to those who could perform the job with a reasonable amount of on-the-job training. There is no mention about internal versus external postings or a preference for internal promotion.



Because of these statements in the NANA Cominco Agreement and the Employment Plan, I believe Teck Cominco's internal policy of giving preference to full-time regular Teck Cominco employees without regard to shareholder status violates the NANA Cominco Agreement. I am also concerned that there is no mention of shareholder preference anywhere in the Teck Cominco hiring policies and procedures sent to NANA last week. Please let me know if I or another NANA representative can be of assistance in reviewing or revising Teck Cominco policies related to shareholder hire.

Sincerely,

Marie N. Greene
President/CEO
NANA Regional Corporation

Cc: Donald G. Sheldon, Chairman