```
            IN THE UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF ALASKA

GREGG CONITZ,                      )
                                   )
                                   )
           Plaintiff,              )
                                   )
vs.                                )
                                   )
TECK COMINCO ALASKA, INC., and     )
NANA REGIONAL CORPORATION,         )
                                   )
           Defendants.             )
_____)
Case No. 4:06-CV-00015 RRB

              DEPOSITION OF JOHN R. KELLS
                  November 28, 2007


 APPEARANCES:

       FOR THE PLAINTIFF:       MR. DONALD F. LOGAN
                                Attorney at Law
                                P.O. Box 73162
                                Fairbanks, Alaska 99707
                                (907) 590-4341

       CO-COUNSEL (Telephonic): MR. KENNETH L. COVELL
                                Attorney at Law
                                Law Office of Kenneth Covell
                                712 Eighth Avenue
                                Fairbanks, Alaska 99701
                                (907) 452-4377

       FOR THE DEFENDANT
       TECK COMINCO ALASKA INC.: MR. SEAN HALLORAN
                                Hartig, Rhodes, Hoge,
                                  & Lekisch
                                Attorneys at Law
                                717 K Street
                                Anchorage, Alaska 99501
                                (907)  276-1592
```

November 28, 2007     Conitz v. Teck Cominco Alaska     4:06-CV-00015 RRB
John Kells

```
 1   APPEARANCES (Continued):

 2           FOR THE DEFENDANT
             NANA REGIONAL CORPORATION
 3           (Telephonic):            MR. THOMAS M. DANIEL
                                      Perkins Coie, LLP
 4                                    Attorneys at Law
                                      1029 West Third Avenue
 5                                       Suite 300
                                      Anchorage, Alaska 99501
 6                                    (907)  279-8561

 7

 8                        *  *  *  *

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1            I started at Red Dog.
 2   Q        February of '98 you went into Red Dog?
 3   A        Uh-huh.
 4   Q        Do you recall what month and year the decision whether
 5            to promote Mr. Conitz took place?
 6   A        I think it was in November 2004, but the chronology is
 7            pretty blurry through the whole thing.  I -- I think I
 8            have a clear picture of the sequence of events and I
 9            have clear memories of certain conversations and things
10            that happened then, but the exact chronology, I don't.
11   Q        That's fine.
12   A        There is some hints of that in the notebooks that I
13            turned in here.
14   Q        Okay.  I'll tell you what, why don't you give us that
15            information that you've retained and I'll just simply
16            get out of the way and let you tell your story.
17   A        Okay.  In the summer of 2004, Leo Thomas, who was one
18            of our shifters, drowned in a boating accident on his
19            R&R, which left us with a vacancy in the shifter
20            position.  We had three shifters to cover two shifts
21            because there -- it's a two-and-one rotation.  At the
22            time, we had two shifters on a four-and-two rotation;
23            one on a two-and-one.  That gave complete coverage
24            other than vacations.
25                    With the vacancy, I was the mine general
```

| | |
|---|---|
| 1 | foreman, who the shifters reported directly to, and I |
| 2 | reported to the superintendent.  I went over with the |
| 3 | superintendent what some of our options were for |
| 4 | getting a replacement and I came up with the idea of |
| 5 | rotating our relief shifters through the position to |
| 6 | see if they were -- first off, to see if they were |
| 7 | interested in doing it and also to see if we were |
| 8 | interested in having them do it.  The relief shifter is |
| 9 | a bit of a substitute teacher.  He doesn't -- he |
| 10 | doesn't really have to accept much of the |
| 11 | responsibility of the job, the discipline, the |
| 12 | evaluations.  So I wanted them to get a taste of what |
| 13 | that was going to be like and also how well they were |
| 14 | going to perform at it. |
| 15 | The superintendent, Ted Zigarlick, was in |
| 16 | agreement with that and we started off with just the |
| 17 | two relief shifters.  We actually had three relief |
| 18 | shifters.  One of them, Jerry Gibson, was now getting |
| 19 | older, was not in good health; his wife wasn't in good |
| 20 | health, so we didn't think he was going to be around |
| 21 | long.  He was going to retire.  So we had Gregg Conitz |
| 22 | and Martin Perione were the two relief shifters, and |
| 23 | those predated my time there.  They were the relief |
| 24 | shifters when I came into the operation. |
| 25 | Those are the only two candidates at the time. |

| | | |
|---|---|---|
| 1 | | I did talk to the crews and said if anybody else is |
| 2 | | interested we could maybe work something out and get |
| 3 | | somebody else in there.  It was a four-and-two rotation |
| 4 | | that we were looking to replace because that was what |
| 5 | | fit the schedules the best. |
| 6 | | After having made the announcement to everyone, |
| 7 | | then Larry Hanna came to me and said he was interested |
| 8 | | in getting into the contest, or however you want to |
| 9 | | describe it, which I was a little hesitant.  Larry had |
| 10 | | not worked in the mine department.  He worked with the |
| 11 | | surface department, which is everything outside of the |
| 12 | | mine, mostly small loaders, graders, forklifts.  The |
| 13 | | mine is big loaders, big trucks, and medium-sized |
| 14 | | dozers.  Red Dog is a small mine, so the equipment |
| 15 | | isn't real big. |
| 16 | | But in the interest of having a decent |
| 17 | | competition -- I mean, a race between two guys isn't |
| 18 | | much of a race, so -- so I told him that was fine with |
| 19 | | me.  Get in there and we'd see how he'd do.  At the |
| 20 | | start, then, he threw a bit of a monkey wrench into it |
| 21 | | and said he didn't want the four-and-two rotation.  So |
| 22 | | when he..... |
| 23 | Q | I'm sorry, who is he? |
| 24 | A | Larry Hanna. |
| 25 | Q | Okay.  Thank you. |

Page 11

1   A   So he -- he was on a two-and-one rotation and he wanted
2       to keep his rotation.  I reluctantly agreed to that,
3       even though it made the scheduling really tough and it
4       also drew out this trial period because we couldn't
5       plug a guy in for four weeks and then the next guy in
6       for the next four weeks.  It was kind of broken up.
7       And, at any rate, that's how we went with it.  The
8       difficult -- while we were doing this test, there was
9       never a shortage of shifters, but what was going to
10      happen with the two-and-one -- two two-and-ones mixed
11      with the four-and-one would be every six weeks you
12      would have one week where you'd have just one shifter
13      on site, so you'd need a relief shifter for the
14      opposite shift, and then you would also have one week
15      where there would be three shifters on site, so you'd
16      have an extra guy there.
17              We justified that, even though it wasn't the
18      ideal situation.  At any rate, this took a long time.
19      We ran the three shifters through the process of them
20      shifting, trying to give them a hint on what was
21      coming -- upcoming with discipline and evaluations.
22      There is actually a lot of paperwork involved with
23      shifting.  It's not just out in the field, moving
24      trucks around and turning in time cards.  At any rate,
25      it was about November that we -- they had all had about

Page 12

| | | |
|---|---|---|
| 1 | | equal time in the position and I had had a good chance |
| 2 | | to observe all of them out in the field and on both |
| 3 | | shifts with all of the different crews, and felt that I |
| 4 | | was ready to make a decision on it.  I talked with Ted |
| 5 | | about it.  And let me kind of go backwards on this. |
| 6 | | At no time was I ever under the impression that |
| 7 | | it was not my decision.  It was not billed as a |
| 8 | | committee decision.  Ted Zigarlick pretty much didn't |
| 9 | | interfere with the day-to-day operations in the mine |
| 10 | | because that was the part that I ran.  So this wasn't |
| 11 | | an unusual arrangement that he would leave a decision |
| 12 | | like that up to me. |
| 13 | | I think it was in November, Ted was going out |
| 14 | | in the middle of his rotation, so he was going out a |
| 15 | | couple days early and then I would be going out, and |
| 16 | | there was a span of time where I wasn't going to see |
| 17 | | him again.  So before he left, I wanted to talk to him, |
| 18 | | tell him what my decision was, and get his input on it. |
| 19 | | We met in my office.  I told him that I had picked |
| 20 | | Gregg Conitz as the shifter and he said that was okay; |
| 21 | | he would go tell Rob. |
| 22 | Q | Rob? |
| 23 | A | Rob Scott, the general manager. |
| 24 | Q | Thank you. |
| 25 | A | Now, up to that point, I hadn't told anyone who my |

Page 13

```
 1    choice was.  After talking to Ted and not getting any
 2    reason to think that my choice wasn't going to be the
 3    decision, I went and talked to the shifter, Steve
 4    Lozano.  Steve was an old hand in mining.  I had a lot
 5    of respect for his judgment and wanted to get his
 6    feedback on it.  So I went and told him that I had
 7    talked to Ted about it and I had made a decision, and
 8    Conitz was the choice, and what his thoughts were on
 9    it.  And we talked about it a little bit.  I don't
10    remember a lot of specifics about these conversations.
11    It was a long time ago.  There was lots of other things
12    going on, so this wasn't the only thing I was involved
13    with at the time.
14            After talking to Steve, I just went about my
15    business.  I had -- I'm not sure if -- on the sequence
16    of the next two events.  One was Larry Hanna came and
17    talked to me and said that he had heard -- and you have
18    to remember, a camp is like a small town; there are no
19    secrets.  If you talk to one person, it's public
20    information.
21            Larry came and told me he heard I had picked
22    Gregg Conitz and we talked about that for awhile.  He
23    didn't seem upset by it.  He left and either before or
24    right after that, I did run into Rob and asked him if
25    Ted had talked to him and he said, no, he hadn't.  So I
```

November 28, 2007    Conitz v. Teck Cominco Alaska    4:06-CV-00015 RRB
John Kells

```
 1      talked to Rob about the decision I had made and then
 2      I'm not real clear what happened after that.  I mean, I
 3      know what happened, but I don't know what the span of
 4      time was, if there was an R&R in between, if there was
 5      two weeks between, if there was some -- I do know that
 6      no announcement was made on the shifter position.  And,
 7      again, I don't have an accounting for that.  I do know
 8      that those two events happened.  I talked to Larry and
 9      I talked to Scott.
10              At some point, me, Ted, and Rob Scott were on
11      site at the same time.  We had a meeting about the
12      shifter position and they told me that we were to
13      select Larry Hanna.  And I do not recall we -- ever
14      discussing qualifications at that time.  The discussion
15      centered on the shareholder preference.  And I don't
16      recall all the details of the conversation, but I
17      clearly remember saying I don't think this is legal in
18      the United States.  That -- I knew that was something
19      they didn't want to hear, so that makes it memorable.
20      They were upset by that.
21              Ted Zigarlick told me, yes, this is legal; this
22      has been tested in the courts.  But I just had to take
23      that at face value.  They showed me a copy of the -- I
24      don't think it was a copy; I think it was the actual
25      original agreement between Nana and Cominco.  They
```

Page 15

|    |    |
|----|----|
| 1  | opened it up to the page and paragraph about the |
| 2  | shareholder preference.  It said something to the |
| 3  | effect that if two parties were applying for the same |
| 4  | job, that if they were equally qualified, the |
| 5  | shareholder was given preference.  And even if the |
| 6  | shareholder was less qualified but could be trained in |
| 7  | a reasonable time, then he would also be given the |
| 8  | preference.  I read that. |
| 9  | That was all that was discussed at that meeting |
| 10 | that I can recall.  And somewhere in there, Larry -- we |
| 11 | put up the announcement, and that's actually in my |
| 12 | notebooks there of the day that the announcement was |
| 13 | put up where Larry got the job.  And I just carried on, |
| 14 | life as usual.  Larry was the shifter and that was -- |
| 15 | that was never something I was trying to avoid.  I just |
| 16 | happened to think that Gregg Conitz was the better |
| 17 | choice, but Larry was an easy guy to work with and I |
| 18 | didn't really have a problem with him being the |
| 19 | shifter.  Had it been between him and Martin, I would |
| 20 | have picked Larry, but I just thought Gregg had more |
| 21 | mining -- mining experience and a better -- better |
| 22 | perspective on mining, vis-a-vis safety. |
| 23 | So some time after that, Gregg Conitz came to |
| 24 | see me and asked me -- or first off, said he had heard |
| 25 | that he had been my first choice for the job, and I |

Page 16

```
 1              said, yeah, you had.  And he asked me why he had not
 2              been -- why he hadn't gotten the job.  And I said
 3              because of the shareholder preference, which, at the
 4              time, was the only explanation I had.  He subsequently
 5              filed an internal grievance, I think was how this thing
 6              started.  I had a meeting then with Rob and Ted and it
 7              was hashed around some, but I know the outcome of it
 8              was, they said the bottom line is, Larry was hired
 9              because of his -- he was better qualified and that's
10              the end of that.  I think I did a response to Gregg's
11              grievance and that was pretty much where I left it.
12              Larry was the shifter.
13                        I was going through a divorce at the time and
14              had been given temporary custody of my kids for five
15              months.  They were coming back to Alaska the beginning
16              of January.  I left the property and never came back.
17              That's pretty much the story.
18    Q         Anything else you can think of?
19    A         No.  I suppose I could go over why I thought the
20              candidates were better qualified, but I don't know that
21              that enters into this and that's.....
22    Q         And actually I think it does.  Would you mind going
23              over each of the candidates and figuring -- and
24              explaining why you thought -- how they compared?
25    A         Again, Larry didn't have any experience in the mine.
```

| | |
|---|---|
| 1 | Red Dog doesn't move much material, but it's a real |
| 2 | complex ore body.  There -- there are a lot of kind of |
| 3 | odd things about that.  The mine department is the low |
| 4 | dog on the totem pole there; the mill is the big one. |
| 5 | Geology being the agents of the mill, the mine |
| 6 | department, though it seems counterintuitive, does run |
| 7 | the mine department.  That was something Larry didn't |
| 8 | have a full appreciation for, but I felt he could |
| 9 | figure it out over time. |
| 10 | I didn't like the schedule; I already said |
| 11 | that.  The -- it wasn't a good situation and probably |
| 12 | the bigger one, though, was I felt Larry was |
| 13 | overconfident.  This is something that I continue to |
| 14 | deal with in my present job with operators coming in |
| 15 | that are overconfident.  Mining is inherently a |
| 16 | dangerous business, and that's an engineer's opinion on |
| 17 | that.  There are specific things -- there are things |
| 18 | specific to mining that you don't find in construction |
| 19 | and it does make it a dangerous business.  I don't like |
| 20 | people being overconfident because there is plenty of |
| 21 | dangers out there and bravado just isn't a good trait |
| 22 | in a mining operation. |
| 23 | Gregg was a more cautious individual; had had |
| 24 | the experience in the mine.  Another issue that did add |
| 25 | to it, but I don't think any of these were a deciding |

```
 1        factor as -- individually, but when you combined all of
 2        them -- but there was a rivalry or a some sort of bad
 3        blood between Larry and the operators from Noorvik and
 4        his crew or the crew that he was going to be taking
 5        over was -- had several guys from Noorvik.  I did have
 6        the Noorvik guys come complain to me.  I did hear the
 7        other side of it from Larry, just disparaging remarks
 8        about the Noorvik people.  I don't know what that was
 9        all about, but I do know that there was something real
10        about that.
11                On the positive side, Larry was definitely the
12        best computer guy, and that was a big part of my job,
13        was to shepherd the shifters through the computer world
14        and try to bullet-proof their computers.  Larry was
15        excellent at that, good at doing all his paperwork.  I
16        felt he could learn the ins and outs of the geology.
17        As far as the -- not being familiar with the equipment,
18        I'm -- I don't think that's really necessary for the
19        shifter to be able to run all the equipment in the
20        mine.  I work in a mine now and I don't run any of the
21        equipment.
22                I just felt Larry -- Gregg had the better
23        attitude toward safety and more mine experience.  And
24        he was going to need a lot of help on the computer, but
25        I was already doing that with the other shifters.
```

1  Q     Okay.  Anything else?
2  A     No, that's.....
3  Q     Okie-doke.  Give me a moment here.  Did you have
4        anything to do with the trainer position?
5  A     Well, the trainer also reported to me.  The trainer was
6        Larry.  He had taken over -- we had previously a
7        trainer for the mine department and a trainer for the
8        surface department.  They consolidated that into one
9        trainer position and Larry took that over.  I don't
10       know how long he had been in -- doing both roles, but
11       that was the job he was doing at the time.  So we did
12       talk about how we were going to replace him.  One of my
13       suggestions was to bring in a trainer from Caterpillar.
14             I was uncomfortable with the internal training.
15       Red Dog does have a pretty ambitious training program
16       there.  We get guys running haul trucks that have never
17       driven cars and have never worked in a mine.  We've had
18       some incidents that I don't think happen in regular
19       mines, or not very often.  So I was -- I was wanting to
20       bolster up our training program to make it more rigid.
21 Q     Was Conitz an application -- an applicant for the
22       trainer position?
23 A     Not while I was there.
24 Q     Okay.  Thank you.  Okay.  When you were talking about
25       testing these different guys, were there any written

November 28, 2007     Conitz v. Teck Cominco Alaska     4:06-CV-00015 RRB
John Kells

|     |   |                                                                    |
|-----|---|--------------------------------------------------------------------|
| 1   |   | guidelines as to what you should be testing about, had             |
| 2   |   | it been promulgated?                                               |
| 3   | A | No.  It seems like we did have -- we had a lot of                  |
| 4   |   | paperwork that we were actually making as we were going            |
| 5   |   | along.  I think it was called PPC.  Some program just              |
| 6   |   | to measure people's performance.  But most of it was               |
| 7   |   | directed at the operators.  I think they were doing it             |
| 8   |   | for all the positions.  I don't recall anything                    |
| 9   |   | specific on the shifter.  I was looking mostly at how              |
| 10  |   | somebody worked with the crews, their attitude on                  |
| 11  |   | safety and, you know, to some extent, their paperwork              |
| 12  |   | abilities or the ability to organize.  What happens in             |
| 13  |   | the shifter position is you're given the general orders            |
| 14  |   | for the day and you have to sort out who is in what                |
| 15  |   | piece of equipment, what they're going to do, and the              |
| 16  |   | sequence they're going to do it in.  So it does take               |
| 17  |   | some organizational skills.                                        |
| 18  | Q | Okay.  Did you see a file that Mr. Sommers was working             |
| 19  |   | with on this?                                                      |
| 20  | A | No.                                                                |
| 21  | Q | How about Mr. Zigarlick?                                           |
| 22  | A | No.                                                                |
| 23  | Q | Okay.  You said that you talked with Steve Nozano?                 |
| 24  | A | Lozano.                                                            |
| 25  | Q | About your choice of Conitz.                                       |

November 28, 2007    Conitz v. Teck Cominco Alaska    4:06-CV-00015 RRB
John Kells

| | | |
|---|---|---|
| 1 | A | Uh-huh. |
| 2 | Q | Do you remember what he had to say about Conitz as your |
| 3 | | choice? |
| 4 | A | I think he was okay with it.  He actually, to some |
| 5 | | extent, felt threatened by Larry and the reason for |
| 6 | | that was one of Larry's suggestions to resolve the |
| 7 | | conflict between the schedules was to put all the |
| 8 | | shifters on the two-and-one.  Lozano lived in Tuscan |
| 9 | | and that wasn't acceptable to him.  He was now the lone |
| 10 | | four-and-two.  I think he had some fear that Larry |
| 11 | | would muscle the schedules around and after Larry |
| 12 | | became the shifter, he had circulated a rumor that he |
| 13 | | was going to take Lozano's crew over and Lozano could |
| 14 | | have the crew he had been assigned. |
| 15 | | And Lozano came to me; he was pretty upset |
| 16 | | about that.  And when I talked to Larry, he said, oh, |
| 17 | | he was just joking about it and that wasn't the case. |
| 18 | | But I think to some extent Lozano was relieved that |
| 19 | | Conitz was the choice.  Gregg was an easy guy to work |
| 20 | | with and, you know, Steve might have thought that there |
| 21 | | would be some problems in the future with Larry.  But I |
| 22 | | don't, you know, recall him being ecstatic or anything. |
| 23 | | We just talked about it and I think I -- he just said |
| 24 | | that was a good choice; Gregg would work out good in |
| 25 | | the job.  But I wouldn't put much emphasis on that. |

Page 22

```
 1   Q    You said that Gregg had more experience, better
 2        perspective, and better safety record.  Am I correct?
 3   A    I thought he had a better -- he had more experience in
 4        the mine, which wasn't hard because Larry hadn't worked
 5        in the mine.
 6   Q    Right.
 7   A    And a better attitude towards safety.  We -- when you
 8        come out of construction and you go into mining, your
 9        first impression is that the mining people are kind of
10        timid.  And we are, and we should be.  Because there --
11        it's the inverse of construction.  You're
12        deconstructing things and you don't know very much
13        about them.  You don't know much about the structure.
14        You don't know much about the properties.  Things
15        happen quickly and unpredictably.  Everybody has walls
16        collapse in their minds.  Even no matter how many
17        engineers they've got there and how many holes they've
18        punched.
19             We had some serious potential for slope
20        failures there at Red Dog even though they had done
21        extensive drilling, and had a real good slope stability
22        report on it.  There's just lots of dangers you can
23        come into and you want people to be timid.  You know,
24        you're still going to get the work done, but you're
25        going to do it carefully.
```

Page 23

```
 1   Q      Okay.  I'll represent to you that there has been
 2          disclosed some incident reports that relate to Conitz's
 3          safety record.  Could you talk to us about what your
 4          observations concerning his safety record was, and how
 5          it is that he'd end up with some kind of safety
 6          problem, or nonproblem?
 7   A      I never had a problem with him on a ver- -- with
 8          respect to safety.  You're speaking about incident
 9          reports.  Correct?
10   Q      Yes, sir.
11   A      Okay.  And the incident reports, there is kind of an
12          inverse relationship there.  There were lots of
13          different situations.  There was actually one that was
14          systematic of pushing ore in the China hat that we did
15          for over a year that was really an unsafe operation.
16          There are other marginal operations with dozers, even
17          with loaders, that you always sent your most
18          experienced operators in.  And if you look through the
19          incidents, you'll see that your most experienced
20          operators have a higher rate of incidents because
21          you're putting them in the riskier situation.
22                 Leo Thomas I think was one of the leaders in
23          the mine department for incidents, but I never had any
24          concerns about Leo with respect to safety.  Some of
25          these incidents would be -- another point there is they
```

Page 24

```
 1   UNITED STATES OF AMERICA            )
                                         )  ss
 2   STATE OF ALASKA                     )

 3         I, John R. Kells, have read the foregoing Deposition

 4   and have_____/ have not_____ made corrections thereto.  Any and

 5   all changes, explanations, and/or corrections to my testimony

 6   may be found on the correction sheet(s) enclosed with this

 7   transcript.

 8

 9                                       _____
                                         JOHN R. KELLS
10

11                                       DATE:_____

12

13
                              * * * *
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        C E R T I F I C A T E

 2   UNITED STATES OF AMERICA   )
                                ) ss.
 3   STATE OF ALASKA            )

 4          I, Elizabeth D'Amour, Notary Public in and for the
     State of Alaska, residing at Fairbanks, Alaska, and electronic
 5   reporter for Liz D'Amour & Associates, Inc., do hereby certify:

 6          That the annexed and foregoing Deposition of JOHN R.
     KELLS was taken before me on the 28th day of November, 2007
 7   beginning at the hour of 1:00 o'clock p.m., at the District
     Court, Healy, Alaska, pursuant to Notice to take the deposition
 8   of said witness on behalf of Plaintiff;

 9          That the above-named witness, before examination, was
     duly sworn to testify to the truth, the whole truth, and
10   nothing but the truth;

11          That this deposition, as heretofore annexed, is a true
     and correct transcription of the testimony of said witness,
12   taken by me and thereafter transcribed by me;

13          That the original of this deposition has been lodged in
     a sealed envelope with the attorney requesting transcription of
14   same, as required by Civil Rule 30(f)(1) amended, that being
     MR. KENNETH L. COVELL, Attorney at Law, Law Office of Kenneth
15   Covell, 712 Eighth Avenue, Fairbanks, Alaska 99701.

16          That I am not a relative or employee or attorney or
     counsel of any of the parties, nor am I financially interested
17   in this action.

18          IN WITNESS WHEREOF, I have hereunto set my hand and
     affixed my seal this 10th day of December, 2007.
19

20                              _____
                                Elizabeth D'Amour
21                              Notary Public in and for Alaska
                                My Commission Expires: 12/28/2010
22
     S E A L
23

24

25
```