Thomas M. Daniel, Alaska Bar No. 8601003
TDaniel@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendant/Intervenor
NANA Regional Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,<br><br>Plaintiff,<br><br>v.<br><br>TECK COMINCO ALASKA, INC.,<br><br>Defendant,<br><br>and<br><br>NANA REGIONAL CORPORATION,<br><br>Defendant/Intervenor. | Case No. 4:06-cv-00015-RRB |

### DECLARATION OF JOANNE HARRIS

I, Joanne Harris, state as follows:

1. I am employed as the Shareholder Records Manager for NANA Regional Corporation. In that capacity, I am responsible for keeping track of the persons who own shares in NANA Regional Corporation.

2. Some persons have inherited NANA stock, even though they are not Alaska Natives, because a provision of ANCSA, 43 USC 1606(h)(2)(A), states that

DECLARATION OF JOANNE HARRIS
CASE NO. 4:06-CV-00015-RRB
Page 1 of 2
18531-0014/LEGAL13878405.1

Exhibit 1
Page 1 of 2

stock can be inherited in accordance with the wills of shareholders or Alaska laws of intestate succession. Consequently, at the present time, of NANA's 11,655 shareholders, 65 shareholders are not Alaska Native.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 18th day of January, 2008.

*Joanne Harris*
Joanne Harris

The undersigned hereby certifies that a true and correct copy of the foregoing document is being electronically served on Sean Halloran and Kenneth Covell.

s/Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

DECLARATION OF JOANNE HARRIS
CASE NO. 4:06-CV-00015-RRB
Page 2 of 2
18531-0014/LEGAL13878405.1

Exhibit 1
Page 2 of 2