Fairbanks Daily News-Miner, Friday, September 18, 2009

# SUDOKU

Sudoku is a number-placing puzzle based on a 9x9 grid with several given numbers. The object is to place the numbers 1 to 9 in the empty squares so that each row, each column and each 3x3 box contains the same number only once. The difficulty level of the Conceptis Sudoku increases from Monday to Sunday.

**Conceptis Sudoku**     By Dave Green

| | | | 1 | | 6 | | | |
|---|---|---|---|---|---|---|---|---|

## TRUE NORTH
### FEDERAL CREDIT UNION

#### OPERATIONS SUPERVISOR

We are a member owned, full service financial institution, and our mission is to create a true member moment everyday. We're looking for someone with a great attitude and a willingness to be part of a great team! F/T position will be responsible for the supervision of the teller line. Two yrs. prev. supervisory exp. preferred & financial/retail exp a plus! Exc. customer service/communication skills req. Full benefits pkg incl: Med/Den/Vis & 401k. Fax resume to 456-6109, email ftopping@truenorthfcu.org or apply online at www.truenorthfcu.org

---

**OWN A COMPUTER? PUT IT TO WORK!** Up to $1500-$7500/m. PT/FT. Free info. www.leadingincome4u.com

#### PARALEGAL/ LEGAL ASSISTANT

Must have previous law office exp. Ability to work independently. Must possess exc. written and communication skills. Flexible hours. Drop resume & references at Hoppner Law Office, 330 Wendell, Suite F.

**Paramedics & RNs** For Critical Care Air Ambulance Service. Min. 3 Yrs. Exp. BLS, ACLS & PALS Req. Email Cover Letter & Resume To ramon@thegrowthcompany.com

**PCA'S/CAREGIVERS** Dependability a must! Flexible hours. OJT

44th 22nd Avenue, Fairbanks, AK; AHFC 4300 Boniface Parkway, Suite 130, Anchorage, AK; or at www.ahfc.us. An AHFC application must be submitted for each position (a resume may be attached). APPLICATION MUST BE RECEIVED BY 5 p.m., September 22, 2009.

Public Housing Residents are encouraged to apply. **EQUAL OPPORTUNITY EMPLOYER**

**PT/ON-CALL SALES REP** Needed for Retail. Please Call Mariah or April at 907-458-0090.

---

# BUY IT!
# SELL IT!
# FIND IT!
### Classified
### 459-7555

---

**UNITED CHARITIES** is looking for a **PT PULL TAB DEALER.** Exp pref. Must be 21 yrs or older, honest, dependable. Start $11 /hr. Cindy 488-9024, 455-7137

## RECEPTIONIST

PT to possible FT position to perform clerical duties & answer phones. Must have good communication skills and be able to work effectively with attention to detail.

Apply in person at Golden North Van Lines, 620 Old Rich Hwy. Ste 200.

### Westmark
FAIRBANK
HOTEL & CONFERENCE CENTER
A Holland America Line Company

**Room Attendant**

**USE YOUR VISA OR MASTERCARD TO CHARGE YOUR CLASSIFIED AD TODAY**

## 459-7555

**WANTED: Heavy Truck Mechanic Supervisor** 479-0999

Washabi Bay Sushi now hiring FT/PT waitresses. Call 452-0521 or 978-5450

**Weatherization Assessor** Interior Regional Housing Authority (IRHA) is seeking candidates for a Weatherization Assessor position based in Fairbanks, Alaska. This position is responsible for completing assessments of residential housing to improve energy efficiency and recognize health and safety issues. Responsible for data entry into AKwarm software, cost analysis, scope of work, and final inspections of residential homes upon completion of assessments. Must be able to travel extensively to remote areas for extended periods of time to complete assessments. Salary is commensurate with qualifications and experience, PERS benefits. Non-exempt position, work weeks are based on 37.5 hrs, 5 days a week. Qualifications and a full job description can be downloaded from www.irha.org. Please submit a complete application & resume by 9/25/09 to 828 27th Ave. Fairbanks, AK 99701 Attn: Human Resources. IRHA is an EOE & complies with 25 USC Section 450 e, giving preference in hiring to Alaska Natives & American Indians.

**TA w/ skills:** Elec, Carpt, Arborist Climber, Deep Sea Diver, Draft Horse Logger, Landscaping, Housekeeping, Unseal, 919-624-9041

# CHARGE YOUR Classified Ad
TO YOUR MASTERCARD OR VISA

## 459-7555

**34-43**



**FINANCIAL**

## 35 Business Opportunities

**BAR - RESTAURANT** Anchorage Hot Spot. Owner retiring. 243-8340

#### BEWARE

Business Opportunities that suggest unrealistically high wages for limited experience and/or investment may be deceptive or unethical in nature. To verify the validity of such opportunities you may contact the Department of Labor, 786-2886.

PLEASE CHECK your ad the first day it runs in the Fairbanks Daily News-Miner. Errors will be corrected for the next run



soliciting bids from **10 Lost & Fo**