KENNETH L. COVELL
Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 4:06-CV-00015 RRB |
| | ) |
| TECK COMINCO ALASKA, INC., | ) |
| | ) |
| Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| NANA REGIONAL CORPORATION | ) |
| | ) |
| Intervenor. | ) |

## DECLARATION OF GREGG CONITZ CONCERNING ETHNICITY

1. My ancestry as far as I know is as follows: paternal grandfather, Conitz, German; paternal

   grandmother, Morgan, Norwegian; maternal grandfather, VanHouten, Dutch; maternal

   · grandmother, Findley, Irish.

2. Alaska Natives, Inupiat Eskimos and Upik Eskimos are generally identifiable either by looks

   and/or other means. In most cases they are readily recognizable by their physical features

   which tend to be generally short (average about 5' 5" or 5' 6") stocky build, round somewhat

   oriental facial features, flat broad nose, dark hair, brown eyes, dark skin color and accent and

*Conitz v. Tack Cominco, Case No. 4:06-CV-00015 RRB*
*Declaration Of Gregg Conitz Concerning Ethnicity*
*Page 1 of 3*

speech patterns typical to the Inupiaq language and/or village English, a common sort of slang or dialect used by people living in the villages of the region. Nick Jans' short story "Sometimes Always Never" provides an interesting insight on language in the villages. These features become less obvious when the percentage of Inupiat blood in a person is less than 100%, but are still recognizable. The NANA shareholders are a pretty tightly knit society and know who each other are so if you have any doubts or questions about someone's ancestry or shareholder status it is pretty easy to ask someone and find out. It is also obvious by the preferential treatment. You simply do not get a job currently in the mine operations department as an operator if you are not a NANA shareholder. Jim McCutcheon, who is obviously non-native recently got a job, so I asked if he was a shareholder and he said yes that his wife died twenty years ago and he inherited her shares. There are many instances of preferential treatment such as people like Darold Sun who ended up in jail being allowed time off work to do his jail time without losing his job which is strictly against company policy. In the same scenario a non-Native, Jim Sauls was terminated. All of the operators on the mine operations crew except myself are Inupiat Eskimo and/or NANA shareholders. This includes Marv Jackson, Tommy Sheldon, Rex Lewis, his father Larry Lewis a shareholder by marriage, James Adams, Jeff Ramoth, Jeff Adams, Tommy Adams, Jimmy Jackson, supervisors Jim Baldwin and Charles Barger, etc., etc.

3. I have lived and worked in Alaska for about 26 years, ten of those in the Nome area which is inhabited by Yupik Eskimos of western and southwestern Alaska. They are generally very similar to the Inupiat but have subtle differences. I think they tend to be a little stockier and rounder faced.

Declaration

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing

is true and correct.

Executed on the 5th day of September, 2008.

_____
Gregg Conitz

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):

Sean Halloran
Thomas M. Daniel – TDaniel@perkinscoie.com

Dated:  09/05/2008  _____

By: /s/  Wendy Blakeman
      Wendy Blakeman for Kenneth L. Covell