Kenneth Covell
LAW OFFICE OF KENNETH COVELL
712 Eighth Avenue
Fairbanks, AK 99701
Phone: (907) 452-4377
Fax: (907) 451-7802
E-mail: kcovell@gci.net

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| GREGG CONITZ,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>TECK ALASKA INCORPORATED,<br><br>　　　　Defendant. | Case No. 4:09-cv-20 RRB |

STATE OF ALASKA　　　　　　　)
　　　　　　　　　　　　　　　) ss
FOURTH JUDICIAL DISTRICT　　)

### AFFIDAVIT OF KENNETH L. COVELL

I, Kenneth L. Covell, being first duly sworn, depose and aver as follows:

1) The Marie Green letter dated December 1, 2006 was received by the plaintiff from Defendant through discovery during the course of Conitz I.

*Affidavit of Kenneth L. Covell*　　　　　　　　　　　　　　　　　　　　　Page **1** of 2

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KENNETH L. COVELL

SUBSCRIBED AND SWORN TO me this 10th day of November, 2009, at Fairbanks, Alaska.



**Yauna Taylor**
**Notary Public**
**State of Alaska**
**Commission No. 112645**
**My Commission Expires**
**February 5, 2013**

_____
Notary Public in and for Alaska
My Commission Expires: February 5, 2013

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been served electronically through ECF to the following attorney(s) and/or parties of the record:

Sean Halloran

Thomas Daniels

Dated: 11 Nov 09
By: _____

LAW OFFICES OF
KENNETH L. COVELL
712 8TH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802

*Affidavit of Kenneth L. Covell*                                    Page **2** of **2**