SEAN HALLORAN
Hartig Rhodes Hoge & Lekisch P.C.
717 K Street
Anchorage, AK 99501
Phone: 907-276-1592
Fax:   907-277-4352
mail@hartig.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,               )<br>                             )<br>         Plaintiff,          )<br>                             )<br> Vs.                         )<br>                             )<br> TECK COMINCO ALASKA, INC.,  )<br>                             )<br>         Defendant.          )<br>_____) | Case No. 4:06-CV-00015 RRB |

### FED. R. CIV. P. 7.1.(a) DISCLOSURE STATEMENT

Teck Cominco Alaska Incorporated is a wholly-owned subsidiary of Teck Cominco American Incorporated, which is wholly owned by Cominco Mining Worldwide Holdings, Ltd., which is wholly owned by Cominco Mining Partnership, a partnership of Teck Cominco Metals, Ltd. and Teck Cominco Nova Scotia, Ltd. Teck Cominco Nova Scotia, Ltd. is wholly owned by Teck

//

//

Cominco Metals, Ltd., which is wholly owned by Teck Cominco Limited, a publicly held company.

Dated this 24th day of July, 2006.

        HARTIG RHODES HOGE & LEKISCH, P.C.
        Attorney for Teck Cominco Alaska Incorporated

By: _____
      Sean Halloran

SEAN HALLORAN
Hartig Rhodes Hoge & Lekisch P.C.
717 K Street
Anchorage, AK 99501
Phone: 907-276-1592
Fax:   907-277-4352
mail@hartig.com
Counsel for Teck Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TECK ALASKA INCORPORATED )<br>)<br>Defendant. )<br>_____) | Case No. 4:09-cv-00020-RRB |

### FED. R. CIV. P. 7.1(a) DISCLOSURE STATEMENT

Teck Alaska Incorporated is a wholly-owned subsidiary of Teck American Incorporated, which is wholly owned by TCAI Incorporated, which is wholly owned by TCL U.S. Holdings Ltd., which is wholly owned by the Cominco Mining Partnership, a partnership of Teck Cominco Metals Ltd. and Cominco Nova Scotia Company. Cominco Nova Scotia Company is wholly owned by Teck Cominco Metals Ltd., which is wholly owned by Teck Resources Limited, a publicly held company.

DATED at Anchorage, Alaska, this 14th day of May, 2009.

> HARTIG RHODES HOGE & LEKISCH
> Attorneys for Teck Alaska Incorporated.
>
> By: _/s/ Sean Halloran_
>     Sean Halloran

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2009
a true and correct copy of the foregoing was served
on Kenneth Covell by electronic
means through the ECF system as indicated on
the Notice of Electronic Filing.

_____
Becky Lewis
Hartig Rhodes Hoge & Lekisch PC

## CORPORATE DISCLOSURE STATEMENT

**Teck Alaska Incorporated** is a wholly-owned subsidiary of Teck American Incorporated, which is wholly owned by TCAI Incorporated, which is wholly owned by TCL U.S. Holdings Ltd., which is wholly owned by the Cominco Mining Partnership, a partnership of Teck Cominco Metals Ltd. and Cominco Nova Scotia Company. Cominco Nova Scotia Company is wholly owned by Teck Cominco Metals Ltd., which is wholly owned by Teck Cominco Limited, a publicly held company.

Case 4:09-cv-00020-RRB  Document 53-2   Filed 11/18/09   Page 5 of 6

-i-

## CORPORATE DISCLOSURE STATEMENT

NANA Regional Corporation has no parent corporation and no publicly held corporation owns 10% or more of its stock.