Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF ALASKA
 3    _____
      GREGG CONITZ,                          )
 4                                           )
                    Plaintiff,               )
 5                                           )
      vs.                                    )
 6                                           )
      TECK COMINCO ALASKA, INC.,             )
 7    and NANA REGIONAL CORPORATION,         )
                                             )
 8                  Defendant.               )
      _____)
 9    Case No. 4:06-CV-15 RRB
10                         VOLUME I
11                      STATUS HEARING
12            BEFORE THE HONORABLE RALPH R. BEISTLINE
                       District Court Judge
13
                                    Fairbanks, Alaska
14                                  May 15, 2008
                                    10:34 a.m.
15
      APPEARANCES:
16
             FOR THE PLAINTIFF:       MR. KENNETH L. COVELL
17                                    Attorney at Law
                                      Law Office of Kenneth Covell
18                                    712 Eighth Avenue
                                      Fairbanks, Alaska 99701
19
             FOR THE DEFENDANT
20           TECK COMINCO ALASKA INC.:  MR. SEAN HALLORAN
                                      Hartig, Rhodes, Hoge,
21                                      & Lekisch
                                      Attorneys at Law
22                                    717 K Street
                                      Anchorage, Alaska 99501
23                                    (907) 276-1592
24
25
```

```
                                                              Page 2
 1    APPEARANCES (Continued):
 2           FOR THE DEFENDANT
             NANA REGIONAL CORPORATION
 3           (Telephonic):              MR. THOMAS M. DANIEL
                                        Perkins Coie, LLP
 4                                      Attorneys at Law
                                        1029 West Third Avenue
 5                                         Suite 300
                                        Anchorage, Alaska 99501
 6                                      (907)  279-8561
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| May 15, 2008 | Conitz v. Teck Cominco Alaska<br>Transcript of Proceedings | 4:06-CV-00015 RRB |

Page 3

```
 1                    P R O C E E D I N G S

 2   FBXDISTCRTRM - 5/15/2008

 3   10:34:12

 4           (On record)

 5           THE CLERK:  All rise.

 6           MR. COVELL:  Sean is in the courtroom.

 7           THE CLERK:  His Honor, the court, the United States

 8   District Court for the District of Alaska is now in session.

 9   The Honorable Ralph R. Beistline presiding.  Please be seated.

10           THE COURT:  Good morning.

11           MR. COVELL:  Good morning, Judge.

12           THE COURT:  We have someone on the telephone in this

13   one?

14           THE CLERK:  Yes, Your Honor.  Mr. Conitz and Mr. Thomas

15   Daniel are on line.

16           THE COURT:  Okay.  So on record.  This is Conitz versus

17   Teck Cominco.  Got a number of things here.  Basically, it's

18   just a request for a status hearing, but it looks like there's

19   all kinds of motions before the court.

20           The main one here is the Teck's unopposed motion for

21   summary judgment at 91, which Mr. Covell wants more time to

22   respond to.  So I think that's what we're talking about, right?

23           MR. COVELL:  Well, Your Honor, pending and ripe is the

24   motion for rule of law in the case and it's been ripe since

25   February.
```

Page 4

```
 1              THE COURT:  Okay.  Want me to rule on it?
 2              MR. COVELL:  Yes.
 3              THE COURT:  Okay.  Denied.
 4              MR. COVELL:  Okay.
 5              THE COURT:  Next.
 6              MR. COVELL:  If the motion is denied, Your Honor,
 7    then.....
 8              THE COURT:  Yeah, I can rule and I just don't think
 9    it -- I think it just -- it's all incorp -- encompassed in this
10    91 motion.  I mean, that doesn't -- motion for summary judgment
11    that deals with the whole issue that the docket 64, the motion
12    for rule of law is just kind of a partition of it.  And I'm --
13    my position is that I would like to get -- address the whole
14    thing in -- as a whole, as opposed to trying to piecemeal it.
15    So that's why I was waiting for the opposition or the response
16    to docket 91.  So here's -- that's where we are.
17              MR. COVELL:  Okay.  All right.  Well, I want to
18    contemplate that ruling, Judge, because I said in my pleadings
19    if you deny that, the case is over for us.
20              THE COURT:  Well, I'm not -- I'm just denying it as I
21    don't -- as I'm -- I don't think that I want to piecemeal.  It
22    looked to me like it was motion -- you're singling out one part
23    of it and.....
24              MR. COVELL:  Well, yeah, Judge, it's a request for the
25    court to rule as a matter of law, whether or not Teck can
```

Page 5

1   discriminate on the basis of race or on basis of shareholder
2   status as the case may be, in any form.
3           THE COURT:  Okay.
4           MR. COVELL:  And that's a question I'm sure we're going
5   to get out of the jury room if indeed we go to trial.  And
6   rather than wait till the middle of trial and have the impact
7   of that happen then, I'm asking the court to rule on that now.
8   And, frankly, if the court is going to deny that motion, I
9   think that we don't have a case.  Now, if the court is
10  ~~citing.....~~ saying.
11          THE COURT:  Well, I was.....
12          MR. COVELL:  .....I don't want to hear that.
13          THE COURT:  .....denying it more procedurally,
14  although -- because I wanted to really hear your response to
15  the motion at docket 91.
16          MR. COVELL:  Okay.
17          THE COURT:  That was my.....
18          MR. COVELL:  In that case then, Judge, essentially, the
19  status of the case is it's our position we made out a prima
20  facie case.  And now the defendant is saying, even though
21  you've made your prima facie case, which of course they don't
22  agree with, but nonetheless, even though you've made your prima
23  facie case, then we have good cause to do what we did anyway.
24  And they put evidence into the record in that regard.
25          Then I need -- if we're going to stay in this forum and

```
 1   continue to litigate that motion, I need to do discovery.  They
 2   put in an affidavit for Mr. Scott and there are other things
 3   that I need to work on.  Mr. Halloran has indicated to me that
 4   he's not available for depositions till November.
 5           THE COURT:  Can I really tell you what -- I've looked
 6   at this case at length.  Okay.  I think it all boils down to
 7   whether or not Teck is entitled to engage in shareholder
 8   preference, even if the shareholder is Native.  Isn't that
 9   really what it's all about?  And that's what you were trying to
10   get me to respond to in docket 64.
11           MR. COVELL:  Engage in a shareholder.....
12           THE COURT:  Right.
13           MR. COVELL:  .....preference.
14           THE COURT:  And that's the re -- you're right.
15           MR. COVELL:  That's the issue in the case.
16           THE COURT:  And so -- but I was focusing on it in terms
17   of do- -- 91.  And I guess I could go back and.....
18           MR. COVELL:  I don't know, Judge.  The -- which.....
19           THE COURT:  Oh, I'm sorry.  Okay.
20           MR. COVELL:  It's their summary judgment is 91?
21           THE COURT:  Their summary judgment is 91.
22           MR. COVELL:  Okay.
23           THE COURT:  That's where -- my whole focus has been on
24   their.....
25           MR. COVELL:  Okay.
```

Page 7

```
 1           THE COURT:  .....summary judgment.
 2           MR. COVELL:  All right.
 3           THE COURT:  The other ones, maybe I could just do the
 4   whole focus on your 64, but that's just not the way I was
 5   approaching it.
 6           MR. COVELL:  Okay.
 7           THE COURT:  Because I thought the whole case now, is
 8   going to boil down to whether or not -- not necessarily the
 9   whole case, but you're right.  If, in fact, the law is that
10   Teck can engage in shareholder preferences, even if the
11   shareholders are primarily Native, if they can legally do that,
12   that's a matter of law.  That's a -- isn't that a question of
13   law?
14           MR. COVELL:  Right.  And that's what I was trying to
15   get the court to rule on without becoming.....
16           THE COURT:  And I want to do that.
17           MR. COVELL:  Okay.
18           THE COURT:  That's why I'm saying, I don't really want
19   to grant a continuance until November if the whole case is
20   going to be resolved on this single issue.  And I don't.....
21           MR. COVELL:  I think.....
22           THE COURT:  And I was thinking, you know, they filed a
23   pretty convincing summary judgment motion, but I haven't seen
24   your opposition to it.
25           MR. COVELL:  I can certainly respond to legal issues,
```

```
 1   but.....
 2           THE COURT:  That's all I -- that's -- and if you're
 3   wrong on the legal issue, then your case is probably over.
 4           MR. COVELL:  Right.
 5           THE COURT:  At least at this level.
 6           MR. COVELL:  Right.
 7           THE COURT:  But you do real well before the Ninth
 8   Circuit.
 9           MR. COVELL:  Thank you, Judge.
10           THE COURT:  So that's what I want to do.  That's what
11   I'm trying to get to the bottom of.
12           MR. COVELL:  Okay.
13           THE COURT:  How long do you need to respond to the
14   legal issues raised in their summary judgment motion?  Which
15   maybe you've already researched.....
16           MR. COVELL:  I.....
17           THE COURT:  .....in your -- but there's a Fourth
18   Circuit case.  I thought there was a four -- I don't -- and I'm
19   just not -- yeah, there's a Fourth Circuit case, the
20   A-l-e-m-a-n versus Chugiak case.  There are other cases that
21   make it seem like shareholder preferences, even if they're
22   mostly Natives, are not illegal.  If I'm wrong, tell me.
23           MR. COVELL:  Okay.
24           THE COURT:  But I'm just saying that's the way it's
25   focusing.  And I hate to see people engage in protracted
```

```
 1    litigations, spend all kinds of money when the legal issue
 2    forecloses their case.
 3            MR. COVELL:  I agree.
 4            THE COURT:  So that's where I am intellectually with
 5    you.
 6            MR. COVELL:  Very good.  I'm glad we had this hearing
 7    then.....
 8            THE COURT:  Okay.
 9            MR. COVELL:  .....to.....
10            THE COURT:  All right.
11            MR. COVELL:  .....know that, so.....
12            THE COURT:  Now, do you have -- you -- you haven't said
13    a thing yet.
14            MR. COVELL:  Thank you.
15            THE COURT:  Not -- I'm not talking to you.
16            MR. COVELL:  Oh, okay.
17            THE COURT:  I'm talking about counsel for defendant.
18            MR. COVELL:  Sure.
19            THE COURT:  I'm going to let Mr. Covell keep talking
20    unless you have anything to say.  You're -- all right?
21            MR. HALLORAN:  Essentially, our position is that.....
22            THE COURT:  I might.....
23            MR. HALLORAN:  .....the case is just being unreasonably
24    delayed, Your Honor.  We have offered to make available the
25    people that needed to be made available for depositions and
```

Page 10

1   they declined to do it until after such time.....

2           THE COURT:  Well, okay.  Well.....

3           MR. HALLORAN:  .....as is opportune to.

4           THE COURT:  .....I don't want to get into that.  I just

5   want to.....

6           MR. HALLORAN:  That's fine, Your Honor.

7           THE COURT:  Am I wrong in my understanding that this is

8   going to boil down to a legal issue and if you're right on the

9   law, the case is probably going to be over at this level.

10          MR. HALLORAN:  I believe so, Your Honor.

11          THE COURT:  But I have a Fourth Circuit case I'm

12  looking at and so I wanted Mr. Covell -- to give him some

13  chance, a little time to research the legal issues and tell me

14  if you're wrong on the law.  You're saying, hey, we did not

15  discriminate.  But even if we did, it's legal under these --

16  under Alaska Native law.

17          MR. HALLORAN:  That's correct.  That's our position.

18          THE COURT:  And you might be right, but I don't want to

19  say so until Mr. Covell has had a chance to respond.  But when

20  I saw that he was asking until November to respond, I thought,

21  now that's getting a little ridiculous.

22          MR. HALLORAN:  Your Honor, yesterday evening, we

23  settled the Teck Cominco case that's in front of Judge Sedwick.

24          THE COURT:  You're kidding?

25          MR. HALLORAN:  No.

```
 1       THE COURT:  After all the work we've done to clear his
 2  calendar?  It's wide open for the whole.....
 3       MR. HALLORAN:  I can assure you, we've done just as
 4  much as work.  It settled last night, so.....
 5       THE COURT:  Does he know it?
 6       MR. HALLORAN:  We filed a notice yesterday evening
 7  about 6:30 with the court.
 8       THE COURT:  So you got all summer.  You don't have
 9  anything to do all summer.
10       MR. HALLORAN:  Well, that's correct.  Well, I have a
11  lot of things to do that I've put off over the last year.
12  But.....
13       THE COURT:  But.....
14       MR. HALLORAN:  .....I mean, if discovery needs to be
15  done, my calendar opened up as of this morning.
16       THE COURT:  .....realistically, I don't want anybody to
17  spend un -- if you're right on the law, and you might be.
18  Sometimes it, frankly, is counter-intuitive when you get
19  involved in this kind of thing.
20       MR. DANIEL:  This is Tom Daniel.  You guys are fading.
21  I don't know if you're away from the microphone or what.
22       THE COURT:  Oh, okay.  I'm fading.
23       MR. CONITZ:  Yeah, I'm having trouble hearing, too.
24       THE COURT:  Okay.  All right.  I'm just saying that
25  this boils down to a legal issue.  And if the plaintiff
```

```
 1   prevails on the legal issue, then we move to next -- more
 2   issues.  I mean, that doesn't -- then the case will be open and
 3   then we have a jury trial.  But if the law is that under
 4   this -- these facts and these circumstances, defendants are
 5   entitled to utilize the Native preference, even though they
 6   call it a shareholder preference, whatever it is, legally, then
 7   the plaintiff doesn't have a case.  And why spend a ton of
 8   money in other areas if that's the case.  That's the -- that's
 9   all I'm trying to say today.  Do you follow me?
10           MR. COVELL:  I agree, Judge.
11           THE COURT:  How much time do you need to respond to
12   that?
13           MR. COVELL:  I'm just thinking about my schedule here.
14   I -- I'm leaving town on June 2 through the 22nd and then I'm
15   gone.....
16           THE COURT:  Because we have a trial date on this one
17   set in August, if I remember correctly.
18           MR. COVELL:  Yeah.
19           THE COURT:  It was going to follow this.
20           MR. COVELL:  I don't think we have a trial date at all,
21   Judge.
22           THE COURT:  Oh, we don't?
23           MR. HALLORAN:  I don't believe any other (indiscernible
24   - simultaneous speech) had this case.
25           THE COURT:  Okay.  I thought we had a trial that was
```

1    going to follow your trial.

2           MR. DANIEL:  Your Honor, may I interject here?  This is

3    Tom Daniel.

4           THE COURT:  Yes.

5           MR. DANIEL:  Well, I -- my interjection was going to

6    be, is that the plaintiff has already briefed the legal

7    question on the lawfulness of the shareholder preference,

8    because it was his motion.....

9           THE COURT:  I saw -- you know, I was thinking of that

10   midway.  I have been focusing -- I don't know why it came -- I

11   got the broad summary judgment motion, and was in the context

12   of reviewing that, that I realized this whole case really is

13   going to boil down to a legal issue.  And the legal issue is

14   the one that Mr. Covell, in fact, did present in his docket 64

15   motion, which I had thought was procedurally -- I was not

16   inclined to grant it, but for a procedural reason, not for a

17   substantive reason.  Is everyone following me there?

18          MR. HALLORAN:  Yes.

19          THE COURT:  I wasn't looking at it procedurally --

20   substantively.  I was looking at it procedurally and thinking,

21   I'm not grant that.  So I moved on to the next one, which

22   caused me to think, well, maybe I got to look back

23   substantively now at the motion.  But let's just, so that

24   everything is fair, allow -- Mr. Covell, in your opposition,

25   you can simply say, I refer to the pleadings that they set

Page 14

```
 1   forth in docket 64, and I will evaluate it that way.
 2           If you want to -- given all my thoughts here today, if
 3   you want to say, no, I want to kind of refresh this thing and
 4   I -- I'm going to focus now and I want to respond to their
 5   motion for summary judgment on the legal issues only.  Because
 6   if you prevail on the legal issue, there's still all kinds of
 7   issues still open in the case.  But if the law is as I suspect
 8   it may be, then the plaintiff doesn't have a case.  And you can
 9   save a lot of money by bringing it to an end now and see if the
10   Ninth Circuit disagrees, but I want to do what the law is.
11   That's all I want to do.
12           MR. COVELL:  How about I respond by June 9th?
13           THE COURT:  June 9th is fine.  Then you file a reply.
14           MR. HALLORAN:  Yes, Your Honor.
15           THE COURT:  Anything else?
16           MR. HALLORAN:  Not from me.
17           THE COURT:  Everybody hear everything on the telephone?
18           MR. CONITZ:  Yes, we did.  Thank you, Your Honor.
19           THE COURT:  Okay.  Thank you.
20           MR. COVELL:  And.....
21           THE COURT:  Yes, Mr. Covell?
22           MR. COVELL:  .....relatively speaking, what's the time
23   on the reply?  I mean, what's -- what.....
24           THE COURT:  A week.  They -- you don't need too much to
25   respond -- you've -- do you?
```

```
 1          MR. DANIEL:  No.
 2          MR. HALLORAN:  My time will be wide open.  I can.....
 3          MR. DANIEL:  I don't think so.
 4          THE COURT:  A week.
 5          MR. HALLORAN:  I can do it in a week.
 6          THE COURT:  They get seven -- five business days.
 7          MR. COVELL:  All right.  And then are we going to hold
 8   oral argument or no?
 9          THE COURT:  Well, just -- you can request it and it
10   might be necessary.  Other -- I'll just -- if it's necessary,
11   obviously, we will have oral argument, but if it's simply me
12   reading this case and this case and this case.....
13          MR. COVELL:  Okay.  That's fine.
14          THE COURT:  I'll say, my goodness, I -- what's oral
15   argument going to do?  So that's -- I kind of keep that -- an
16   open mind on that issue.  Okay.
17          MR. COVELL:  All right.  And if we need it, we can get
18   a couple hours relatively quickly?
19          THE COURT:  I -- you can get -- I'm in town all of July
20   practically.
21          MR. COVELL:  Okay.
22          THE COURT:  Okay.
23          MR. COVELL:  Thank you, Judge.
24          THE COURT:  All right.  Thank you.
25          THE CLERK:  All rise.  This matter now adjourned.
```

1   Court stands in recess till 11:00 a.m.
2         (Off record)
3   10:46:43
4                   ***********************
                    END OF REQUESTED PORTION
5                   ***********************
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1     TRANSCRIBER'S CERTIFICATE

2     I, Marci Lynch, hereby certify that the foregoing pages

3 numbered 2 through 16 are a true, accurate, and complete

4 transcript of proceedings in Case No. 4:06-CV-15 RRB, Conitz v.

5 Teck, Volume I, transcribed by me from a copy of the electronic

6 sound recording to the best of my knowledge and ability.

7

8

9 _____     _____

August 15, 2008     Marci Lynch

10     Notary Public in and for Alaska

    My Commission Expires: 11/11/11

11

S E A L

12

13

14

15

16

17

18

19

20

21

22

23

24

25

May 15, 2008     Conitz v. Teck Cominco Alaska     4:06-CV-00015 RRB
Transcript of Proceedings

**A**
ability 17:6
accurate 17:3
address 4:13
adjourned 15:25
affidavit 6:2
agree 5:22 9:3 12:10
Alaska 1:2,6,13,18 1:20,22 2:5 3:8 10:16 17:10
allow 13:24
Anchorage 1:22 2:5
anybody 11:16
anyway 5:23
APPEARANCES 1:15 2:1
approaching 7:5
areas 12:8
argument 15:8,11 15:15
asking 5:7 10:20
assure 11:3
Attorney 1:17
Attorneys 1:21 2:4
August 12:17 17:9
available 6:4 9:24 9:25
Avenue 1:18 2:4
A-l-e-m-a-n 8:20
a.m 1:14 16:1

**B**
back 6:17 13:22
Basically 3:17
basis 5:1,1
becoming 7:15
Beistline 1:12 3:9
believe 10:10 12:23
best 17:6
boil 7:8 10:8 13:13
boils 6:6 11:25
bottom 8:11
briefed 13:6
bringing 14:9
broad 13:11
business 15:6

**C**
C 3:1
calendar 11:2,15
call 12:6
case 1:9 3:24 4:19 5:2,9,18,19,20,21 5:23 6:6,15 7:7,9 7:19 8:3,18,19,20 9:2,23 10:9,11,23 12:2,7,8,24 13:12 14:7,8 15:12,12 15:12 17:4
cases 8:20
cause 5:23
caused 13:22
certainly 7:25
CERTIFICATE 17:1
certify 17:2
chance 10:13,19
Chugiak 8:20
Circuit 8:8,18,19 10:11 14:10
circumstances 12:4
citing 5:10
clear 11:1
CLERK 3:5,7,14 15:25
Coie 2:3
Cominco 1:6,20 3:17 10:23
Commission 17:10
complete 17:3
Conitz 1:3 3:14,16 11:23 14:18 17:4
contemplate 4:18
context 13:11
continuance 7:19
continue 6:1
Continued 2:1
convincing 7:23
copy 17:5
CORPORATION 1:7 2:2
correct 10:17 11:10
correctly 12:17
counsel 9:17
counter-intuitive 11:18
couple 15:18
course 5:21
court 1:1,12 3:7,8 3:10,12,16,19 4:1 4:3,5,8,20,25 5:3,7 5:8,9,11,13,17 6:5 6:12,14,16,19,21 6:23 7:1,3,7,15,16 7:18,22 8:2,5,7,10 8:13,17,24 9:4,8 9:10,12,15,17,19 9:22 10:2,4,7,11 10:18,24 11:1,5,7 11:8,13,16,22,24 12:11,16,19,22,25 13:4,9,19 14:13 14:15,17,19,21,24 15:4,6,9,14,19,22 15:24 16:1
courtroom 3:6
Covell 1:16,17 3:6 3:11,21,23 4:2,4,6 4:17,24 5:4,12,16 5:18 6:11,13,15 6:18,20,22,25 7:2 7:6,14,17,21,25 8:4,6,9,12,16,23 9:3,6,9,11,14,16 9:18,19 10:12,19 12:10,13,18,20 13:14,24 14:12,20 14:21,22 15:7,13 15:17,21,23

**D**
D 3:1
Daniel 2:3 3:15 11:20,20 13:2,3,5 15:1,3
date 12:16,20
days 15:6
deals 4:11
declined 10:1
defendant 1:8,19 2:2 5:20 9:17
defendants 12:4
delayed 9:24
denied 4:3,6
deny 4:19 5:8
denying 4:20 5:13
depositions 6:4 9:25
disagrees 14:10
discovery 6:1 11:14
discriminate 5:1 10:15
District 1:1,2,12 3:8 3:8
docket 4:11,16 5:15 6:10 13:14 14:1

**E**
E 3:1,1 17:11
Eighth 1:18
electronic 17:5
encompassed 4:9
engage 6:7,11 7:10 8:25
entitled 6:7 12:5
essentially 5:18 9:21
evaluate 14:1
evening 10:22 11:6
Everybody 14:17
evidence 5:24
Expires 17:10

**F**
facie 5:20,21,23
fact 7:9 13:14
facts 12:4
fading 11:20,22
fair 13:24
Fairbanks 1:13,18
FBXDISTCRTRM 3:2
February 3:25
file 14:13
filed 7:22 11:6
fine 10:6 14:13 15:13
five 15:6
focus 6:23 7:4 14:4
focusing 6:16 8:25 13:10
follow 12:9,19 13:1
following 13:17
forecloses 9:2
foregoing 17:2
form 5:2
forth 14:1
forum 5:25
four 8:18
Fourth 8:17,19 10:11
frankly 5:8 11:18
front 10:23

**G**
G 3:1
getting 10:21
give 10:12
given 14:2
glad 9:6
go 5:5 6:17
going 5:4,8,25 7:8 7:20 9:19 10:8,9 12:19 13:1,5,13 14:4 15:7,15
good 3:10,11 5:23 9:6
goodness 15:14
grant 7:19 13:16,21
GREGG 1:3
guess 6:17
guys 11:20

**H**
Halloran 1:20 6:3 9:21,23 10:3,6,10 10:17,22,25 11:3 11:6,10,14 12:23 13:18 14:14,16 15:2,5
happen 5:7
Hartig 1:20
hate 8:25
hear 5:12,14 14:17
hearing 1:11 3:18 9:6 11:23
hey 10:14
Hoge 1:20
hold 15:7
Honor 3:7,14,23 4:6 9:24 10:6,10,22 13:2 14:14,18
Honorable 1:12 3:9
hours 15:18

**I**
illegal 8:22
impact 5:6
inclined 13:16
incorp 4:9
indicated 6:3
indiscernible 12:23
intellectually 9:4
interject 13:2
interjection 13:5
involved 11:19
issue 4:11 6:15 7:20 8:3 9:1 10:8 11:25 12:1 13:13,13 14:6 15:16
issues 7:25 8:14 10:13 12:2 14:5,7

## J

**Judge** 1:12 3:11
    4:18,24 5:18 6:18
    8:9 10:23 12:10
    12:21 15:23
**judgment** 3:21 4:10
    6:20,21 7:1,23
    8:14 13:11 14:5
**July** 15:19
**June** 12:14 14:12,13
**jury** 5:5 12:3

## K

**K** 1:22
**keep** 9:19 15:15
**Kenneth** 1:16,17
**kidding** 10:24
**kind** 4:12 11:19
    14:3 15:15
**kinds** 3:19 9:1 14:6
**know** 6:18 7:22 9:11
    11:5,21 13:9,10
**knowledge** 17:6

## L

**L** 1:16 17:11
**law** 1:17,17,21 2:4
    3:24 4:12,25 7:9
    7:12,13 10:9,14
    10:16 11:17 12:3
    14:7,10
**lawfulness** 13:7
**leaving** 12:14
**legal** 7:25 8:3,14 9:1
    10:8,13,15 11:25
    12:1 13:6,13,13
    14:5,6
**legally** 7:11 12:6
**Lekisch** 1:21
**length** 6:6
**let's** 13:23
**level** 8:5 10:9
**line** 3:15
**litigate** 6:1
**litigations** 9:1
**little** 10:13,21
**LLP** 2:3
**long** 8:13
**look** 13:22
**looked** 4:22 6:5
**looking** 10:12 13:19
    13:20

**looks** 3:18
**lot** 11:11 14:9
**Lynch** 17:2,9

## M

**M** 2:3
**main** 3:20
**Marci** 17:2,9
**matter** 4:25 7:12
    15:25
**mean** 4:10 11:14
    12:2 14:23
**microphone** 11:21
**middle** 5:6
**midway** 13:10
**mind** 15:16
**money** 9:1 12:8 14:9
**morning** 3:10,11
    11:15
**motion** 3:20,24 4:6
    4:10,10,11,22 5:8
    5:15 6:1 7:23 8:14
    13:8,11,15,23
    14:5
**motions** 3:19
**move** 12:1
**moved** 13:21

## N

**N** 3:1
**NANA** 1:7 2:2
**Native** 6:8 7:11
    10:16 12:5
**Natives** 8:22
**necessarily** 7:8
**necessary** 15:10,10
**need** 5:25 6:1,3 8:13
    12:11 14:24 15:17
**needed** 9:25
**needs** 11:14
**night** 11:4
**Ninth** 8:7 14:10
**Notary** 17:10
**notice** 11:6
**November** 6:4 7:19
    10:20
**number** 3:17
**numbered** 17:3

## O

**O** 3:1
**obviously** 15:11

**offered** 9:24
**Office** 1:17
**Oh** 6:19 9:16 11:22
    12:22
**okay** 3:16 4:1,3,4,17
    5:3,16 6:6,19,22
    6:25 7:6,17 8:12
    8:23 9:8,16 10:2
    11:22,24 12:25
    14:19 15:13,16,21
    15:22
**ones** 7:3
**open** 11:2 12:2 14:7
    15:2,16
**opened** 11:15
**opportune** 10:3
**opposed** 4:14
**opposition** 4:15 7:24
    13:24
**oral** 15:8,11,14

## P

**P** 3:1
**pages** 17:2
**part** 4:22
**partition** 4:12
**pending** 3:23
**people** 8:25 9:25
**Perkins** 2:3
**piecemeal** 4:14,21
**plaintiff** 1:4,16
    11:25 12:7 13:6
    14:8
**pleadings** 4:18
    13:25
**Please** 3:9
**PORTION** 16:4
**position** 4:13 5:19
    9:21 10:17
**practically** 15:20
**preference** 6:8,13
    12:5,6 13:7
**preferences** 7:10
    8:21
**present** 13:14
**presiding** 3:9
**pretty** 7:23
**prevail** 14:6
**prevails** 12:1
**prima** 5:19,21,22
**primarily** 7:11
**probably** 8:3 10:9

**procedural** 13:16
**procedurally** 5:13
    13:15,19,20
**proceedings** 17:4
**protracted** 8:25
**Public** 17:10
**put** 5:24 6:2 11:11

## Q

**question** 5:4 7:12
    13:7
**quickly** 15:18

## R

**R** 1:12 3:1,9
**race** 5:1
**raised** 8:14
**Ralph** 1:12 3:9
**reading** 15:12
**real** 8:7
**realistically** 11:16
**realized** 13:12
**really** 5:14 6:5,9
    7:18 13:12
**reason** 13:16,17
**recess** 16:1
**record** 3:4,16 5:24
    16:2
**recording** 17:6
**refer** 13:25
**refresh** 14:3
**regard** 5:24
**REGIONAL** 1:7 2:2
**relatively** 14:22
    15:18
**remember** 12:17
**reply** 14:13,23
**request** 3:18 4:24
    15:9
**REQUESTED** 16:4
**research** 10:13
**researched** 8:15
**resolved** 7:20
**respond** 3:22 6:10
    7:25 8:13 10:19
    10:20 12:11 14:4
    14:12,25
**response** 4:15 5:14
**reviewing** 13:12
**Rhodes** 1:20
**ridiculous** 10:21
**right** 3:22 4:17 6:12

    6:14 7:2,9,14 8:4
    8:6 9:10,20 10:8
    10:18 11:17,24
    15:7,17,24
**ripe** 3:23,24
**rise** 3:5 15:25
**room** 5:5
**RRB** 1:9 17:4
**rule** 3:24 4:1,8,12
    4:25 5:7 7:15
**ruling** 4:18

## S

**S** 3:1 17:11
**save** 14:9
**saw** 10:20 13:9
**saying** 5:20 7:18
    8:24 10:14 11:24
**schedule** 12:13
**Scott** 6:2
**Sean** 1:20 3:6
**seated** 3:9
**Sedwick** 10:23
**see** 8:25 14:9
**seen** 7:23
**session** 3:8
**set** 12:17 13:25
**settled** 10:23 11:4
**seven** 15:6
**shareholder** 5:1 6:7
    6:8,11 7:10 8:21
    12:6 13:7
**shareholders** 7:11
**simply** 13:25 15:11
**simultaneous** 12:24
**single** 7:20
**singling** 4:22
**sorry** 6:19
**sound** 17:6
**speaking** 14:22
**speech** 12:24
**spend** 9:1 11:17
    12:7
**stands** 16:1
**States** 1:1 3:7
**status** 1:11 3:18 5:2
    5:19
**stay** 5:25
**Street** 1:22
**substantive** 13:17
**substantively** 13:20
    13:23

| May 15, 2008 | Conitz v. Teck Cominco Alaska<br>Transcript of Proceedings | 4:06-CV-00015 RRB |

**Suite** 2:5
**summary** 3:21 4:10
  6:20,21 7:1,23
  8:14 13:11 14:5
**summer** 11:8,9
**sure** 5:4 9:18
**suspect** 14:7

---
**T**
**talking** 3:22 9:15,17
  9:19
**Teck** 1:6,20 3:17
  4:25 6:7 7:10
  10:23 17:5
**Teck's** 3:20
**telephone** 3:12
  14:17
**Telephonic** 2:3
**tell** 6:5 8:22 10:13
**terms** 6:16
**Thank** 8:9 9:14
  14:18,19 15:23,24
**thing** 4:14 9:13
  11:19 14:3
**things** 3:17 6:2
  11:11
**think** 3:22 4:8,9,21
  5:9 6:6 7:21 12:20
  13:22 15:3
**thinking** 7:22 12:13
  13:9,20
**Third** 2:4
**Thomas** 2:3 3:14
**thought** 7:7 8:18
  10:20 12:25 13:15
**thoughts** 14:2
**till** 5:6 6:4 16:1
**time** 3:21 10:1,13
  12:11 14:22 15:2
**today** 12:9 14:2
**Tom** 11:20 13:3
**ton** 12:7
**town** 12:14 15:19
**transcribed** 17:5
**TRANSCRIBER'S**
  17:1
**transcript** 17:4
**trial** 5:5,6 12:3,16
  12:20,25 13:1
**trouble** 11:23
**true** 17:3
**trying** 4:14 6:9 7:14

  8:11 12:9

---
**U**
**un** 11:17
**understanding** 10:7
**United** 1:1 3:7
**unopposed** 3:20
**unreasonably** 9:23
**utilize** 12:5

---
**V**
**v** 17:4
**versus** 3:16 8:20
**Volume** 1:10 17:5
**vs** 1:5

---
**W**
**wait** 5:6
**waiting** 4:15
**want** 4:1,17,21 5:12
  7:16,18 8:10 10:4
  10:5,18 11:16
  14:2,3,3,4,10,11
**wanted** 5:14 10:12
**wants** 3:21
**wasn't** 13:19
**way** 7:4 8:24 14:1
**week** 14:24 15:4,5
**West** 2:4
**we're** 3:22 5:4,25
**we've** 11:1,3
**wide** 11:2 15:2
**work** 6:3 11:1,4
**wrong** 8:3,22 10:7
  10:14

---
**Y**
**yeah** 4:8,24 8:19
  11:23 12:18
**year** 11:11
**yesterday** 10:22
  11:6

---
**1**
**10:34** 1:14
**10:34:12** 3:3
**10:46:43** 16:3
**1029** 2:4
**11/11/11** 17:10
**11:00** 16:1
**15** 1:14 17:9
**16** 17:3

---
**2**
**2** 12:14 17:3
**2008** 1:14 17:9
**22nd** 12:14
**276-1592** 1:23
**279-8561** 2:6

---
**3**
**300** 2:5

---
**4**
**4:06-CV-15** 1:9
  17:4

---
**5**
**5/15/2008** 3:2

---
**6**
**6:30** 11:7
**64** 4:11 6:10 7:4
  13:14 14:1

---
**7**
**712** 1:18
**717** 1:22

---
**9**
**9th** 14:12,13
**907** 1:23 2:6
**91** 3:21 4:10,16 5:15
  6:17,20,21
**99501** 1:22 2:5
**99701** 1:18