134 Cong. Rec. S3196-01, 1988 WL 1085710 (Cong.Rec.)

**\*1** Congressional Record —- Senate
Proceedings and Debates of the 100th Congress, Second Session
Monday, March 28, 1988

ALASKA NATIVE CLAIMS SETTLEMENT ACT AMENDMENTS

Mr. **MURKOWSKI**. Mr. President, I wish to take this opportunity to clarify section 15(g) of H.R. 278, the Alaska Native Claims Settlement Act Amendments of 1987. This bill was passed by Congress last December and became Public Law 100-241 when the President signed it on February 3, 1988.

Senator STEVENS and I were the sponsors of the legislation which became Public Law 100-241; the so called "1991 amendments." I included section 15(g) in the legislation as part of the " **Murkowski** substitute" adopted by the Senate Committee on Energy and Natural Resources in August 1987. The provision has not been substantively changed since then.

Section 15(g) is intended to assist Alaska Native shareholder employment programs by clarifying the applicability of the Civil Rights Act of 1964 to certain business enterprises in which Alaska Native Corporations participate. I now understand that there may be some confusion as to the exact meaning of section 15(g).

Mr. President, section 15(g) was added to the 1991 legislation to make clear that Alaska Native Corporations and corporations, partnerships, joint ventures, trusts, or affiliates in which the native corporation owns at least 25 percentum of the equity are "Indian tribes" for purposes of section 701(b) of the Civil Rights Act of 1964. Section 701(b) provides an exception to the act's requirements for Indian tribes in order to facilitate Indian hiring preference. My intent, and the intent of Congress, in enacting section 15(g) of Public Law 100-241 was to ensure that Alaska Native Corporations and their affiliates are included in the class described as "Indian tribe" and thereby eligible for the exception granted by section 701(b).

134 Cong. Rec. S3196-01, 1988 WL 1085710 (Cong.Rec.)

END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.