Kenneth Covell
LAW OFFICE OF KENNETH COVELL
712 Eighth Avenue
Fairbanks, AK  99701
Phone: (907) 452-4377
Fax:     (907) 451-7802
E-mail:  kcovell@gci.net

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| GREGG CONITZ,<br><br>   Plaintiffs,<br><br>vs.<br><br>TECK ALASKA INCORPORATED,<br><br>   Defendant. | Case No. 4:09-cv-20 RRB |

**SECOND SUPPLEMENTAL EXHIBIT TO REPLY TO
MOTION TO STRIKE PORTIONS OF DECLARATIONS (DOC. 76)**

 Teck has stated that its business relationship with NANA is a joint venture; and proffers declarations saying or attempting to say that NANA owns twenty-five per centum of the equity of Teck (Doc. 51-9 and Doc. 41-3).

 Conitz submitted a Supplemental Exhibit to Reply to Motion to Strike Portions of Declarations (Doc. 77). The exhibit attached thereto was the Amicus Brief of NANA in a United States Supreme Court proceeding (Doc. 77-2), where NANA

*Second Supplemental Exhibit to Reply to Motion to Strike Declarations* Page **1** of **4**

represented to the United States Supreme Court that its business relationship with Teck, concerning the mine in Northwest Alaska, is a lease. *See*, Doc. 77-2, p. 4-5.

Attached hereto are recorded lease agreements, amendments thereto, and a deed of trust between Cominco American Incorporated and its successor, Cominco Alaska Incorporated, concerning the zinc mine in question. The initial lease agreement between the parties was entered into on the exact day as, and incorporated, the 1982 agreement (Exh. A).

The Cominco companies eventually made a name change to Teck Cominco Alaska Incorporated (TCAI) (Exh. B). (Defendant Teck was known as TCAI for much of the Conitz litigation). As of January 2009, Defendants once again changed their name from Teck Cominco Alaska Incorporated to Teck Alaska Incorporated. *See*, Conitz I Appeal, DktEntry 677685.

Further, the initial lease agreement specifically precludes any agreement between the parties from being a joint venture or partnership (Exh. A, p. 8). The lease agreement, recorded in the Barrow and Kotzebue Recording Districts on March 29, 1988, at paragraph 14 (Kotzebue Recording District, Book 0033, Page 862 and Barrow Recording District, Book 0051, Page 479, specifically states:

> Nothing herein is intended nor shall ever be construed to create a joint venture, mining partnership or any other type of association between

*Second Supplemental Exhibit to Reply to Motion to Strike Declarations* Page **2** of **4**

the parties, nor shall either party have the right to act in behalf of or bind the other for any liability, cost, expense or undertaking.

The Deed of Trust document, Exh. C, p. 18, section 6.12, states:

> …the Beneficiaries under this Deed of Trust shall not be transferred except as between the Beneficiaries or to Wholly-owned Subsidiaries of Cominco Ltd., Cominco American Incorporated, or Cominco Finance Corporation. Cominco American incorporated and Cominco Corporation shall continue to be Wholly-owned Subsidiaries of Cominco Ltd.

The recording stamp at p. 28 of the Deed of Trust (Exh. C) shows that the document was filed on August 3, 1989 by HARTIG RHODES NORMAN MAHONEY & EDWARDS. Additionally, p. 6-9 of the Memorandum of Red Dog Mining Lease As Amended (Exh. D) displays a fax stamp at the top of each page as having been received by HARTIG RHODES ET AL.

These documents are submitted as a supplemental exhibit to Plaintiff's Reply to Motion to Strike Declarations and also independently as an exhibit to Reply to NANA's Opposition to Motion for Injunction.

RESPECTFULLY SUBMITTED this 14th day of December 2009, at Fairbanks, Alaska.

LAW OFFICE OF KENNETH L. COVELL

                              Attorney for the Plaintiff, Gregg Conitz
                              <u>s/ Kenneth L. Covell</u>
                              712 Eighth Avenue
                              Fairbanks, Alaska 99701
                              Phone: (907) 452-4377
                              Fax: (907) 451-7802
                              Email: kcovell@gci.net
                              ABA No. 8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been served electronically through ECF to the following attorney(s) and/or parties of the record:

**Sean Halloran**

**Thomas Daniel**

Dated: December 14, 2009
By:  s/   Kenneth L. Covell