EXHIBIT D

BOOK 0051 PAGE 472
BOOK 0033 PAGE 855

## RED DOG MINING LEASE

THIS RED DOG MINING LEASE (hereinafter referred to as the "Lease") is made and entered into as of the **11th** day of **October**, 198**2**, by and between NANA REGIONAL CORPORATION, INC., a corporation organized pursuant to the laws of the State of Alaska (hereinafter "Lessor") and COMINCO AMERICAN INCORPORATED, a corporation organized pursuant to the laws of the State of Washington (hereinafter "Lessee"):

### WITNESSETH:

WHEREAS, Lessor and Lessee have entered into that certain Development and Operating Agreement dated as of **October 11, 1982** (hereinafter referred to as the "Agreement") which calls for the execution of this Lease among other provisions;

NOW, THEREFORE, in consideration of the mutual agreements and covenants contained herein, the execution of the Agreement, the payments of rents for the lands controlled by this Lease as required by the Agreement and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Lessor and the Lessee hereby agree and covenant as follows:

1. **Definitions.**

Except as otherwise specifically set forth in this Lease, the terms defined in the Agreement which are used in this Lease shall have the meanings assigned to them in the Agreement.

2. **Grant and Description of Leased Premises.**

2.01 **Grant.** Subject to the terms, conditions, exceptions and reservations contained herein or in the Agreement, the Lessor hereby grants, leases and demises (to the extent the Lessor has or hereafter acquires the right to do so) to the Lessee, its successor and assigns, the exclusive right to the surface and subsurface of the land described in Exhibit A, attached hereto and made a part hereof, (hereinafter

Exh. A, Page 1 of 11

BOOK 0033 PAGE 856

- 2 -

BOOK 0051 PAGE 473

"Subject Lands") and any and all Minerals located on, in or under the Subject Lands, for the purpose of exploring, prospecting, developing, working, using, mining, milling, and substantially equivalent processes, removing, tranporting, storing, selling, disposing of, managing, and controlling any and all Minerals located on, in, or under the Subject Lands.

2.02 Exceptions and Reservations. The Lessor expressly excepts and reserves the following from the grant set forth in Section 2.01 above, except to the extent the Agreement grants to or makes available to Lessee any of the reserved substances identified in this Section:

(a) All Oil, Gas, and Oil and Gas Associated Substances;

(b) Sand, gravel, and stone;

(c) Geothermal Resources.

2.03 Conditions on Effectiveness. The effectiveness of this Lease and of the grant made hereunder (a) with respect to any land initially covered by this Lease, shall be conditioned upon the occurrence of each and all of the events described in Section 2.3 of the Agreement; and (b) with respect to any land subsequently added to this Lease, shall be conditioned upon the occurrence of each and all of the events described in Article III of the Agreement. This Lease as it relates to any land shall not be recorded until it has become effective as to such land pursuant to the provisions of this Section 2.03.

3. Purposes.

Subject to the terms, conditions, exceptions, and reservations herein contained, the purposes of this Lease are to enable the Lessee:

(a) To explore for, mine, mill, beneficiate, concentrate, extract, leach, mix, convert, or otherwise obtain and dispose of all minerals and materials covered by this Lease and the Agreement and located on, in, or under the Subject Lands described in Exhibit A

BOOK 0033 PAGE 857       - 3 -        BOOK 0051 PAGE 474

attached hereto and all products derived therefrom by or for the Lessee;

(b) To develop, reclaim and rehabilitate the Subject Lands in conformance with applicable laws and regulations (including those relating to environmental and ecological standards) and the provisions of this Lease and the Agreement;

(c) To explore the Subject Lands by such means and methods as to the Lessee may appear reasonably necessary or advisable, including without limitation, aerial, surface and subsurface examination and testing by geophysical, geochemical and geological surveys; taking samples of earth, rock and ores for purposes of assay and other testing; drilling; sinking of shafts and driving of adits, tunnels and drifts;

(d) To mine the Subject Lands by such methods and in such manner as the Lessee shall elect, including, but not limited to, stripping, shaft, underground mining, open-cut, open-pit, pit and dredge, block caving, solution, and other methods now or heretofore known or hereafter developed;

(e) In connection with the operations of the Lessee under this Lease and the Agreement, to place and use excavations, openings, shafts, ditches, and drains on or below the surface of the Subject Lands, and to construct, erect, install, maintain, repair, use, replace, or remove roads, buildings, structures, machinery, equipment, and facilities of any nature whatever, both on or below the surface of the Subject Lands, appropriate to the purposes hereof, including, but not limited to, access roads, mine plant, mill, and/or other similar processing plants, water, power, fuel, and communications facilities, trackage, pipelines, roads, airport, railroad and other means of transportation, storage facilities, stockpiles, waste piles, tailings, settling ponds, dams, sump pits, flues and sluices, loadings and shipment facilities, support, ancillary and infrastucture facilities,