BOOK 0033 PAGE 858      - 4 -      BOOK 0051 PAGE 475

including personnel accommodations, and offices for conduct of the operations hereunder; and

(f) To take any and all other actions which are necessary to enable the Lessee to conduct its operations under this Lease and the Agreement.

4. **Agreement.**

This Lease is entered into pursuant to and supplemented by the Agreement and all terms and provisions of the Agreement (and modifications thereof) are hereby incorporated in this Lease and made a part hereof to the same extent as if said terms and provisions were fully set forth herein.

5. **Term.**

This Lease shall remain in full force and effect only so long as the Agreement is also in full force and effect. Any termination of the Agreement shall automatically constitute a termination of this Lease. The consequences of the breach of any provision of this Lease shall be determined in accordance with Article XX of the Agreement.

6. **Stockpiling.**

Lessee shall have the right at any time during the term of this Lease to stockpile any ores, concentrates or other products mined or produced from the Subject Lands, either on the Subject Lands or at other locations subject to the provisions of the Agreement. The rights and liens of Lessor, if any, in and to any such ores, concentrates or other products stockpiled on land other than that subject to this Lease shall not be divested by the removal thereof from the Subject Lands but shall be the same in all respects as though such ores, concentrates or other products had been stockpiled on the Subject Lands.

BOOK 0033 PAGE 859

- 5 -

BOOK 0051 PAGE 476

7. Protection From Liens.

7.01 Obligations of Lessee. The Lessee shall keep the Subject Lands and every part thereof free and clear of liens for labor done or work performed upon the Subject Lands or materials furnished for the exploration, development, or operation thereof under this Lease and the Agreement. It is understood that Lessee may encumber its interest under this Lease for purposes of financing the Project. The Lessee shall at all times keep conspicuously posted on the land notices that the Lessee is in possession of the Subject Lands and that all work on the Subject Lands is being done by the Lessee and that the Lessor is not responsible for labor, material, or supplies furnished to or used on or in connection with the activities on the Subject Lands, or for claims under the Workmen's Compensation Act. Any such lien upon the Subject Lands shall not constitute a default if the Lessee in good faith disputes the validity or amount of the claim, in which event the existence of the lien shall constitute a default only if the claim is not paid within a reasonable time after the validity and amount of the claim has been finally adjudicated.

7.02 Obligations of Lessor. Subject to the terms, conditions, exceptions and reservations contained herein and the rights reserved and excepted by the Lessor hereunder, the Lessor agrees not to encumber the Subject Lands in any way whatsoever that will interfere with the rights of the Lessee granted pursuant to this Lease or the Agreement.

8. Access.

Subject to the terms and conditions of the Agreement, Lessor agrees to provide Lessee with access or easements to the Subject Land over other lands owned or controlled by Lessor for the undertakings contemplated by the Agreement.

9. Assignment.

No party to this Lease shall assign its rights and obligations under this Lease without assigning a like interest in the Agreement.

BOOK 0033 PAGE 860                      - 6 -                      BOOK 0051 PAGE 477

A party may assign rights under this Lease only in the manner and to the extent that the Agreement may by its terms be assigned.

10. Relinquishment and Release of Lands.

At any time during the term of this Lease, Lessee shall have the right to relinquish its right to any part of the Subject Lands. Such relinquishment shall be effective upon the delivery of written notice of such surrender to Lessor. Such relinquishment shall terminate all rights and obligations under this Lease (except those arising prior to any such relinquishment, including reclamation obligations) of either party. Any lands so relinquished shall no longer be Subject Lands for the purpose of this Lease. Lessor shall have the right of access to such relinquished lands across any of the Subject Lands so long as such access does not unreasonably interfere with Lessee's use of the remaining Subject Lands.

Upon the relinquishment of any of Lessee's rights in the lands subject to this Lease and upon the termination of this Lease, Lessee shall provide Lessor with a written document in recordable form satisfactory to Lessor evidencing the relinquishment of any such rights.

11. Notices and Delivery.

11.01 Written Notices. Except as otherwise specified herein, all notices contemplated by this Lease shall be in writing.

11.02 Delivery by Mail. Any notice or other document shall be deemed sufficiently delivered if mailed by United States certified or registered mail, return receipt requested, postage prepaid, and addressed as follows:

(a) If to the Lessor:

NANA Regional Corporation, Inc.
4706 Harding Drive
Anchorage, Alaska  99503
Attn: Vice President, Operations