BOOK 0033 PAGE 861                - 7 -

BOOK 0051 PAGE 478

    with a copy to:

        NANA Regional Corporation, Inc.
        Box 49
        Kotzebue, Alaska  99752
        Attn: President

  (b)  If to the Lessee:

        Cominco American Incorporated
        West 818 Riverside Avenue
        P. O. Box 3087
        Spokane, Wasington  99220
        Attn: Corporate Secretary

    with a copy to:

        Cominco Alaska
        5660 "B" Street
        Anchorage, Alaska  99502
        Attn: President

Delivery by mail shall be deemed effective and complete and the notice or other document to have been received by the addressee seven (7) days after the date of mailing thereof.

    11.03  Delivery by Personal Service.  Any notice or other document may be delivered by personally serving said notice or other document upon the designated agent of the party at the Anchorage address for Lessor and the Spokane address for Lessee.  In the event of delivery by personal service, delivery shall be deemed effective and complete on the date of said personal service.  The party serving said notice or other document shall also mail a courtesy copy thereof to the party so served at the address indicated in Section 11.02 above that is different than the address at which personal service was made.

    11.04  Change of Address.  The address to which a party desires that notices and other documents be delivered may be changed at any time by giving notice thereof to the other party in the manner contemplated above.

    12.  Use of Lands.

    12.01  Non-Interference with Rights.  The rights reserved to the Lessor under this Lease shall not be utilized by the Lessor to unreasonably interfere with the rights of the Lessee under this

- 8 -

BOOK 0033 PAGE 862                                    BOOK 0051 PAGE 479

Lease or the Agreement; and the rights granted to the Lessee under this Lease shall not be utilized by the Lessee to unreasonably interfere with the rights reserved to the Lessor under this Lease or the Agreement.

13. **Representations and Warranties.**

13.01 <u>General.</u> Each party to this Lease represents and warrants that it is a corporation duly incorporated and validly existing in accordance with the laws of the state of its incorporation, that it is in good standing and qualified to do business in the State of Alaska, and that it is empowered, authorized and entitled to enter into this Lease and any and all transactions contemplated hereunder without being in breach of any agreement or other arrangement to which it is a party.

13.02 <u>Land Title.</u> Lessor makes no warranties of title, either expressed or implied, to the Subject Lands except that it has the right to receive title to the Subject Lands pursuant to ANCSA, that it has filed applications to receive title to the Subject Lands pursuant to ANCSA and that it will continue to use its best efforts to receive Conveyance of the Subject Lands.

13.03 <u>Survival of Representations and Warranties.</u> The representations and warranties aforesaid shall survive so long as this Lease remains in full force and effect and after termination thereof in respect of any claims arising prior to termination.

14. **Status of Parties.**

Nothing herein is intended nor shall ever be construed to create a joint venture, mining partnership or any other type of association between the parties, nor shall either party have the right to act in behalf of or bind the other for any liability, cost, expense or undertaking.

BOOK 0033 PAGE 863                              - 9 -                              BOOK 0051 PAGE 480

15. General Provisions.

15.01 Modification of Lease. This Lease may only be modified by a document in writing executed by the Lessor and the Lessee.

15.02 Waiver. The failure of any party to this Lease to insist upon the strict performance of any provision of this Lease or to exercise any right, power, or remedy consequent upon a breach thereof shall not constitute a waiver by said party of any such provision, breach, or subsequent breach of the same or any other provision.

15.03 Severability. If any provision of this Lease or any application thereof shall be invalid or unenforceable, the remainder of this Lease and any application of such provision shall not be affected thereby.

15.04 Law Governing. This Lease shall be construed and interpreted in accordance with, and governed and enforced in all respects by, the laws of the State of Alaska.

15.05 Section Headings. The descriptive section headings throughout this Lease are for convenience and reference only, and the words contained therein shall not be held to expand, modify, amplify or aid in the interpretation, construction or meaning of this Lease.

IN WITNESS WHEREOF, the parties hereto have executed this Lease as of the date first hereinabove set forth.

LESSOR:

NANA REGIONAL CORPORATION, INC.

_____          By _____
         Witness                   Title: _____

                                   COMINCO AMERICAN INCORPORATED

_____          By _____
         Witness                   Title: Vice President, Exploration

Exh. A, Page 9 of 11