- 10 -

BOOK **0033** PAGE **864**         BOOK **0051** PAGE **481**

```
STATE OF ALASKA           )
                          : ss
THIRD JUDICIAL DISTRICT   )
```

THIS IS TO CERTIFY that on the 12th day of October, 1982, before me, the undersigned Notary Public, personally appeared _John Shively_ to me known and known to me to be the _Vice President_ of the NANA REGIONAL CORPORATION, INC., the corporation named in the foregoing Mining Lease, and he acknowledged to me that he has in his official capacity aforesaid, executed the foregoing Mining Lease as the free act and deed of the said corporation for the uses and purposes therein stated.

WITNESS my hand and notarial seal the day and year last written.



_Patricia A. Meyer_
Notary Public for Alaska
My commission expires: 10-20-82

```
         WASHINGTON
STATE OF ~~ALASKA~~              )
COUNTY OF SPOKANE                : ss
~~THIRD JUDICIAL DISTRICT~~      )
```

THIS IS TO CERTIFY that on the ___ day of _____, 1982, before me, the undersigned Notary Public, personally appeared _____ to me known and known to me to be the _____ of COMINCO AMERICAN INCORPORATED, the corporation named in the foregoing Mining Lease, and he acknowledged to me that he has in his official capacity aforesaid, executed the foregoing Mining Lease as the free act and deed of the said corporation for the uses and purposes therein stated.

WITNESS my hand and notarial seal the day and year last written.

Notary Public for ~~Alaska~~ Washington
My commission expires: _____

Return to:
   ___ & Rudd
   ___rkins, Jr., Esq.

BOOK 0033 PAGE 865                                   BOOK 0051 PAGE 482

EXHIBIT A TO THE
RED DOG MINING LEASE
Dated _____, 198__

Kateel River Meridian, State of Alaska, to-wit:

Township 30 North, Range 18 West, Sections 4, 5, 6, 7, 8 and 9.

Township 30 North, Range 19 West, Sections 1, 2, 11, 12, 13, and 14.

Township 31 North, Range 18 West, Sections 7, 8, 9, 10, 11, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 26, 27, 28, 29, 30, 31, 32 and 33.



88-0195
40-
c/c2-   88-127

RECORDED FILED
BARROW RECORDING
DISTRICT

MAR 29  2 07 PM '88

REQUESTED BY Guess +
ADDRESS  Rudd
ATTN: JOE PERKINS JR.,
ESQ.
510 L ST., SUITE 700
ANCHORAGE, AK 99501

RECORDED FILED 40
KOTZEBUE REC. DIST.
DATE 3-29 19 88
2:07 P M
REQUESTED BY GUESS F RUDD

Barrow and Kotzebue Recording Districts