



**2008-000585-0**

Recording Dist: 413 - Barrow
8/6/2008 2:07 PM  Pages: 1 of 11

CERTIFIED COPY OF OFFICIAL DOCUMENT
FROM A GOVERNMENTAL OFFICE
[entitled to be recorded under AS 40.17.030(b) (2006)]

SUBMITTED UNDER COVER OF AN AFFIDAVIT
[entitled to be recorded under AS 40.17.030(c) (2006)]
DESCRIBING THE REAL PROPERTY AFFECTED BY THE ACTION
DESCRIBED IN SAID OFFICIAL DOCUMENT

*************************************************************************

RECORD THIS DOCUMENT IN BARROW RECORDING DISTRICT

INDEX THIS DOCUMENT AS FOLLOWS:

<u>Grantor</u>:   Cominco American Incorporated
<u>Grantee</u>:   Teck Cominco American Incorporated
<u>Lands</u>:     See <u>Exhibit B</u> attached hereto

The State of Washington Certificate of Amendment, which includes the Articles of Amendment to Articles of Incorporation of Cominco American Incorporated, effective as of July 27, 2001, is attached hereto as <u>Exhibit A</u>.

AFTER RECORDING,
RETURN THIS DOCUMENT TO:   Guess & Rudd P.C.
Attn: Joseph J. Perkins, Jr.
510 L Street, Suite 700
Anchorage, Alaska 99501

**Exh. B, Page 1 of 11**

AFFIDAVIT OF JOSEPH J. PERKINS, JR.

Joseph J. Perkins, Jr. being first duly sworn, states as follows:

1. My name is Joseph J. Perkins, Jr. and I have knowledge of the facts set forth herein.

2. I am an attorney licensed to practice law in the State of Alaska. In making this affidavit I am acting on behalf of ZAZU METALS (ALASKA) CORPORATION ("**ZAZU**"), an Alaska corporation that is successor-in-interest to the interest of GCO Minerals Company ("**GCO**") under that certain LIK Block Agreement dated as of January 27, 1983, between GCO and Echo Bay Exploration Inc., a memorandum of which was recorded on January 22, 1998, at Book 95, Pages 331-370, Barrow Recording District ("LIK Block Agreement"), and I am authorized to make this affidavit on behalf thereof. My address for purposes of this affidavit is as follows:

> Joseph J. Perkins, Jr.
> Guess & Rudd P.C.
> 510 L Street, Suite 700
> Anchorage, Alaska 99501

3. Effective July 27, 2001, COMINCO AMERICAN INCORPORATED changed its name to TECK COMINCO AMERICAN INCORPORATED ("**TCAI**") by filing with the State of Washington Articles of Amendment to its Articles of Incorporation.

   I have obtained an exact certified copy of the Certificate of Amendment issued by the State of Washington. I do not possess the original Certificate of Amendment. Said certified copy is attached hereto as Exhibit A.

4. As of June 28, 2007 (the date on which ZAZU acquired the interest of GCO under the LIK Block Agreement), both ZAZU and TCAI owned interests in real property in the State of Alaska, including but not necessarily limited to the real property described in Exhibit B attached hereto that is situated in the Barrow Recording District.

AFFIDAVIT OF JOSEPH J. PERKINS, JR.—Page 1



2 of 11
2008-000585-0

Exh. B, Page 2 of 11