EXECUTED this _____ day of August, 2008.

_____
Joseph J. Perkins, Jr.

SUBSCRIBED and SWORN to before me this ____ day of August, 2008.

_____
Notary Public in and for Alaska
My commission expires _____

> **State of Alaska**
> **NOTARY PUBLIC**
> **Joel M. Stratman**
> **My Commission Expires Sept 2, 2009**

Exhibits A and B are attached.

AFFIDAVIT OF JOSEPH J. PERKINS, JR.—Page 2



3 of 11
2008-000585-0

**Exh. B, Page 3 of 11**



# UNITED STATES OF AMERICA
# The State of Washington
## Secretary of State

**I, Sam Reed,** Secretary of State of the State of Washington and custodian of its seal, hereby issue this

certificate that the attached is a true and correct copy of

AMENDED ARTICLES

of

COMINCO AMERICAN INCORPORATED

Changing name to TECK COMINCO AMERICAN INCORPORATED

as filed in this office on July 26, 2001.

Date:   April 1, 2008

EXHIBIT A
Page 1 of 3



Given under my hand and the Seal of the State of Washington at Olympia, the State Capital

Sam Reed, Secretary of State

4 of 11
2008-000585-0

**Exh. B, Page 4 of 11**