# STATE of WASHINGTON



## SECRETARY of STATE

I, SAM REED, Secretary of State of the State of Washington and custodian of its seal, hereby issue this

### CERTIFICATE OF AMENDMENT

to

COMINCO AMERICAN INCORPORATED

a Washington Profit corporation. Articles of Amendment were filed for record in this office on the date indicated below.

Changing name to TECK COMINCO AMERICAN INCORPORATED

UBI Number: 601 937 674                Date: July 26, 2001



EXHIBIT A
Page 2 of 3



Given under my hand and the Seal of the State of Washington at Olympia, the State Capital

*Sam Reed, Secretary of State*
2-602312-7

212-1014. 0
2001

Val: 07/26/2001 - 8244
$50.00 on 07/26/2001
Check - 07/25/2001 - 23827

6001 937 674

## ARTICLES OF AMENDMENT TO
## ARTICLES OF INCORPORATION
## OF
## COMINCO AMERICAN INCORPORATED

FILED
SECRETARY OF STATE

JUL 2 6 2001

STATE OF WASHINGTON

Articles of Amendment to the Articles of Incorporation of Cominco American Incorporated are herein executed by said Corporation pursuant to the provision of RCW 23B.10.060 and 23B.01.200 of the Washington Business Corporation Act, as follows:

1. The name of the Corporation is COMINCO AMERICAN INCORPORATED.

2. The amendment to the Articles of Incorporation of said Corporation is as follows:

ARTICLE I shall be amended to read as follows:

"I.
NAME

The name of this Corporation shall be TECK COMINCO AMERICAN INCORPORATED."

3. The date of the adoption of said amendment by the directors of the Corporation is July 23, 2001.

4. The amendment was adopted by the director without shareholder action in accordance with RCW 23B.10.020, and shareholder action was not required.

5. The amendment does not provide for the exchange, reclassification, or cancellation if issued shares.

6. The amendment shall be effective July 27, 2001, at 12:01 a.m.

DATED this 25th day of July, 2001.

EXHIBIT  A
Page  3  of  3

COMINCO AMERICAN INCORPORATED

_____
C. Bruce DiLuzio, Secretary

6 of 11
2008-000585-0