BOOK 0055 PAGE 536

# DEED OF TRUST

Dated as of July 15, 1988

Among

COMINCO ALASKA INCORPORATED, as Trustor
P.O. Box 1230
Kotzebue, Alaska

and

SECURITY TITLE & TRUST AGENCY OF ALASKA, INC., as Trustee

and

COMINCO LTD., COMINCO AMERICAN INCORPORATED and
COMINCO FINANCE CORPORATION, as Beneficiaries

Beneficiaries' Address:

Cominco Ltd., 200 Granville
Vancouver, British Columbia
Canada  V6C  2R2

Cominco American Incorporated
West 601 Riverside
Spokane, WA 99201

Cominco Finance Corporation
P.O. Box 1230
Kotzebue, AK

Record in Barrow
Recording District

After Recording Return To:

Hartig, Rhodes, Norman,
  Mahoney & Edwards
Attn: Spencer C. Sneed
717 "K" Street
Anchorage, AK 99501

BOOK 0055 PAGE 537

DEED OF TRUST, dated as of July 15, 1988 between COMINCO ALASKA INCORPORATED, an Alaska corporation (the "Company"), as Trustor, having its principal office at 5660 "B" Street, Anchorage, Alaska 99518, and SECURITY TITLE & TRUST AGENCY OF ALASKA, INC., as Trustee (the "Trustee"), having its office at 3333 Denali Street, Anchorage, Alaska 99503, and COMINCO LTD., a Canadian corporation, having its principal office at 200 Granville, Vancouver, Canada V6C 2R2, and COMINCO AMERICAN INCORPORATED, a Washington corporation having its principal office at 818 West Riverdale Avenue, P.O. Box 3087, Spokane, Washington 99220, and COMINCO FINANCE CORPORATION, 5660 "B" Street, Anchorage, Alaska 99518, as Beneficiaries (the "Beneficiaries").

WITNESSETH:

WHEREAS, pursuant to the Red Dog Mining Lease, dated as of October 11, 1982 (the "Lease"), by and between NANA Regional Corporation, Inc., an Alaska corporation ("NANA") and the Company, as successor by assignment dated March 7, 1987 to Cominco American Incorporated, a Washington corporation ("CAI") and a related Development and Operating Agreement, dated as of October 11, 1982 (the "NANA Agreement") between NANA and the Company as successor to CAI, NANA has granted to the Company the exclusive right to the surface and subsurface of the land described in Exhibit A hereto (the "Subject Lands") and any and all Minerals (as defined in the Lease) located on, in or under the Subject Lands, for the purpose of exploring, prospecting, developing, working, using, mining, milling, and substantially equivalent processes, removing, transporting, storing, selling, disposing of, managing, and controlling any and all Minerals located on, in or under the Subject Lands and subject to certain exceptions and reservations described in the Lease; and

WHEREAS, pursuant to the Agreement For The Financing, Construction, Use, Operation And Maintenance Of The DeLong Mountain Transportation System, dated as of June 30, 1986 (the "AIDA Agreement"), by and between the Alaska Industrial Development and Export Authority (formerly known as the Alaska Industrial Development Authority), a public corporation and a body politic constituting a political subdivision of the State of Alaska ("AIDA"), and the Company, as successor by assignment dated February 13, 1987 to CAI, the Company was granted certain priority rights to use a regional transportation and port system referred to therein as the DeLong Mountain Transportation System; and

WHEREAS, the Company has entered into a Credit Agreement, dated as of March 30, 1988 (the "Credit

-2-

BOOK 0055 PAGE 538

Agreement") with Cominco Ltd., as Guarantor, Union Bank of Switzerland ("Agent"), as agent for the "Lenders", designated therein, providing, among other things, for the making of advances to the Company and the incurrence of LOC Obligations (as defined in the Credit Agreement) for the account of the Company in an aggregate principal amount not to exceed $200,000,000 (or its equivalent in an Alternative Currency, as provided therein) for the purpose of financing the construction and development of the Project (as defined in the Credit Agreement) by the Company; and

WHEREAS, the Company has entered into a Revolving Working Capital Credit Facility, dated as of March 30, 1988 (the "RWC Facility") with Cominco Ltd., Union Bank of Switzerland ("Agent"), as Agent for the RWC Facility Lenders, providing, among other things, for the making of advances to the Company and the incurrence of LOC Obligations (as defined in the RWC Facility) for the account of the Company in an aggregate principal amount not to exceed $100,000,000 (or its equivalent in an Alternative Currency, as provided therein) for the purpose of providing working capital for the operation of the Project (as defined in the RWC Facility) by the Company; and

WHEREAS, Cominco American Incorporated has entered into a Non-Recourse Guaranty and Pledge Agreement, dated as of March 30, 1988, pursuant to which Cominco American Incorporated guarantees, on a non-recourse basis, the Company's Obligations to the Lenders under the Credit Agreement and pledges its shares of stock of the Company to secure the Company's performance of its Obligations under the Credit Agreement; and

WHEREAS, the Company has entered into a Reimbursement Agreement, dated as of July 15, 1988 (the "Reimbursement Agreement") with Cominco Ltd., Cominco American Incorporated, and Cominco Finance Corporation, pursuant to which the Company expressly agrees to perform its reimbursement obligations, as primary obligor, to the Beneficiaries, as, among other things, guarantors of the Company's Obligations to the Lenders under the Credit Agreement;

WHEREAS, capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Credit Agreement; and

WHEREAS, all conditions necessary to authorize the execution and delivery of this instrument have been complied with; and

-3-