BOOK 0055 PAGE 545

Base Rate plus the Base Rate Margin (as such terms are defined in the Credit Agreement) and in effect during the period from and including the date of making such payment to but not including the date such monies are repaid and shall be part of the indebtedness hereby secured, and the Trustee or the Beneficiaries making such payment shall be subrogated to all of the rights of the person, corporation or body politic receiving such payment.

Section 2.5 <u>Inspection of Properties</u>. The Company agrees that the Beneficiaries shall have the right to visit and inspect any of the properties belonging to the Company, to examine its books and records and to discuss its affairs, finances or accounts with the Company's officers, all at such times and intervals as the Beneficiaries, solely in their own, separate discretion, deem adviseable.

### ARTICLE III

### DEFEASANCE

Section 3.1 <u>Defeasance</u>. If all indebtedness of the Company secured hereby shall be paid and all outstanding obligations secured hereby shall be indefeasibly satisfied, then, and in that case only, this Deed of Trust shall become null and void and the interest of the Company in the Mortgaged Property shall become wholly clear of the lien, security interest, conveyance and assignment created hereby, and such lien and security interest shall be released and reconveyed promptly at the cost of the Company. Otherwise this Deed of Trust shall remain and continue in full force and effect.

### ARTICLE IV

### EVENTS OF DEFAULT; REMEDIES

Section 4.1 <u>Events of Default</u>. An Event of Default shall occur under this Deed of Trust upon (i) the occurrence of any Default or Event of Default under Article VIII of the Credit Agreement; (ii) the occurrence of any Default or Event of Default under Article VIII of the Revolving Working Capital Credit Facility; (iii) any other default of the Company in the payment of any of the secured indebtedness set forth in Article I of this Deed of Trust.

Section 4.2 <u>Costs and Expenses</u>. All costs and expenses (including attorneys' fees) paid by the Trustee or the Beneficiaries in protecting and enforcing its or their rights hereunder shall constitute a demand obligation owing by the Company and shall bear interest at a rate equal to

BOOK 0055 PAGE 546

the Base Rate plus the amount specified in Section 2.05(A) of the Credit Agreement and in effect during the period from and including the date such costs and expenses are paid to but not including the date such costs and expenses are reimbursed to the person entitled thereto, all of which shall constitute a portion of the indebtedness secured by this instrument.

Section 4.3 <u>Remedies</u>. Upon the occurrence of an Event of Default, the Trustee, upon and only upon the written request of the Beneficiaries, shall have, in addition to the rights and powers as set forth in Section 2.3 hereof, the following rights and powers:

A. <u>Sale of Mortgaged Property</u>. To sell, pursuant to AS 34.20.070 et seq., the Mortgaged Property, on such terms and conditions and at one or more sales as an entirety or in parcels, as the Trustee may elect, at such place or places and otherwise in such manner and upon such notice as may be required by law, or, in the absence of any such requirement, as the Trustee may deem appropriate, and to make conveyance to the purchaser or purchasers; or alternatively, in the sole and absolute discretion of the Beneficiaries,

B. <u>Judicial Proceedings</u>. To proceed by a suit or suits in equity or at law, whether for the specific performance of any covenant or agreement of the Company herein contained or in aid of the execution of any power herein granted, or for any foreclosure or the sale of the Mortgaged Property, or any part thereof, under judgment or decree of any court of competent jurisdiction, or for the appointment of a receiver or receivers of the Company as to the Mortgaged Property, or for the enforcement of any other appropriate legal or equitable remedy.

C. <u>Replacement of Company</u>. To designate a successor Operator pursuant to the terms of the Mining Documents on such terms as the Trustee and, to the extent required, NANA or AIDA, may determine.

Upon the completion of any sale made pursuant to this Article, the Trustee shall be entitled to execute and deliver to the purchaser or purchasers a good and sufficient deed or deeds of conveyance, sale and transfer of the Mortgaged Property or any part thereof; and the Trustee is hereby irrevocably appointed the true and lawful attorney for the Company, in its name and stead, to make and execute all necessary deeds and conveyances of the property sold. Notwithstanding the foregoing, and without limiting the

-11-

BOOK 0055 PAGE 547

validity and finality of any such conveyance by the Trustee, the Company will, if so requested by the Trustee or by any purchaser, confirm any such sale or transfer by executing and delivering to the Trustee or to such purchaser all proper instruments of conveyance and transfer and releases as may be specified in any such request.

Section 4.4 Discharge to Purchaser. Upon any sale, whether made under the power of sale hereby given or by virtue of judicial proceedings, the receipt of any Trustee, or of the officer making a sale under judicial proceedings, shall be a sufficient discharge to the purchaser or purchasers at any sale for his or their purchase money, and such purchaser or purchasers, his or their assigns or personal representatives, shall not, after paying such purchase money and receiving such receipt of a Trustee or of such officer therefor, be obliged to see to the application of such purchase price, or be in anywise answerable for any loss, misapplication or non-application thereof.

Section 4.5 Application of Proceeds of Sale. The proceeds of sale of the Mortgaged Property and all other monies received by the Trustee hereunder or in any proceedings for the enforcement hereof, the application of which has not elsewhere herein been specifically provided for, shall be applied as follows:

FIRST: To the payment of all necessary costs and expenses incident to such sale and the enforcement of this instrument, including, but not limited to, a reasonable compensation to the agents, attorneys and counsel of the Trustee and the Beneficiaries;

SECOND: To the payment of any other indebtedness of the Company secured hereby; and

THIRD: The remainder, if any, shall be paid to the Company, its successors or assigns, or to the person or persons entitled thereto or as a court of competent jurisdiction may direct.

Except as otherwise provided by law, the recitals contained in any conveyance made by the Trustee to any purchaser at any sale made pursuant to this Article shall conclusively establish the truth and accuracy of the matters therein stated, including, without limiting the generality of the foregoing, the occurrence of the specific Event of Default, advertisement and conduct of such sale in the manner provided in this Article and appointment of any successor

-12-