BOOK 0055 PAGE 548

Trustee hereunder, and all prerequisites to such sale shall
be presumed to have been satisfied and performed.

Section 4.6   The Beneficiaries May Become
Purchasers.   The Beneficiaries shall have the right to
become the purchasers at any sale held by the Trustee or by
any receiver or public officer, and the Beneficiaries shall
have the right to make offset bids without cash in the
amount payable to such Beneficiaries out of the net proceeds
of such sale.

Section 4.7 Appointment of Receiver of Mortgaged
Property.  Upon the occurrence of an Event of Default, the
Trustee or the Beneficiaries shall be entitled as a matter
of right, without regard to the adequacy of the security for
the obligations of the Company to the Beneficiaries or the
solvency of the Company, to the appointment of a receiver or
receivers of such holder's choice, except as may be
prohibited by law, of all or any part of the Mortgaged
Property and the income, revenues, rents, profits and
proceeds thereof, whether such receivership be incident to a
proposed sale thereof or otherwise, and the Company does
hereby consent to the appointment of such receiver or
receivers and agrees not to oppose any application therefor
by such holder or any appointment pursuant thereto.

Section 4.8 Other Remedies.  All remedies herein
expressly provided for are in addition to any and all other
remedies now or hereafter existing at law or in equity, and
the Beneficiaries shall, in addition to the remedies herein
expressly provided for, be entitled to avail themselves of
all such other remedies as may now or hereafter exist at law
or in equity for the collection and enforcement of the
indebtedness and obligations hereby secured and the
enforcement of the covenants contained herein and the
foreclosure of the lien and security interest created
hereby, and the resort to any remedy provided for hereunder
or provided for by law shall not prevent the concurrent or
subsequent employment of any other appropriate remedy or
remedies.

Section 4.9 Resort to Other Security Not
Considered Waiver.  The Beneficiaries may resort to any
security given by this instrument or to any other security
now existing or hereafter given to secure the payment of any
of the indebtedness and obligations secured hereby, in whole
or in part, and in such portions and in such order as may
seem best to such holder in its sole and uncontrolled
discretion, and any such action shall not in anywise be
considered as a waiver of any of the rights, benefits or
liens created by this instrument.

-13-

Exh. C, Page 13 of 28

BOOK **0055** PAGE **549**

Section 4.10 <u>Company Not to Hinder Enforcement</u>. To the full extent that it may lawfully so agree, the Company agrees that it will not at any time insist upon, plead, claim or take the benefit or advantage of any appraisement, valuation, stay, extension or redemption law, now or hereafter in force, in order to prevent or hinder the enforcement of this instrument or the absolute sale of the Mortgaged Property, or any part thereof, or the possession thereof by any purchaser at any such sale, but the Company, for itself and all who may claim under it, in so far as it now or hereafter lawfully may, hereby waives the benefit of all such laws. The Company, for itself and all who may claim under it, waives, to the extent that it lawfully may, all right to have the Mortgaged Property marshalled upon any foreclosure hereof.

If any law in this Section 4.10 referred to and now in force, of which the Company or its successors might take advantage despite this Section, shall hereafter be repealed or cease to be in force, such law shall not thereafter be deemed to constitute any part of the contracts herein contained or to preclude the operation or application of this Section.

Section 4.11 <u>Responsibility to Perform Rests with Company</u>. Anything in this Article to the contrary notwithstanding, no officer, director, employee, contributor, incorporator or beneficiary of the Company, and no individual, firm, partnership, association or corporation other than the Company, shall have any personal responsibility or liability for the performance or observance of any of the terms, covenants or conditions contained in this instrument.

## ARTICLE V

### CONCERNING THE TRUSTEE

Section 5.1 <u>Exculpation of Trustee</u>. It shall be no part of the duty of the Trustee to see to any recording, filing or registration of this instrument or any other instrument supplemental hereto, or to see to the payment of or be under any duty in respect of any tax or assessment or other governmental charge which may be levied or assessed on the Mortgaged Property or against the Company or to see to the performance or observance by the Company of any of the covenants or agreements herein contained. The Trustee shall not be responsible for the execution, acknowledgment or validity of this instrument or of any instrument supplemental hereto, or for the sufficiency of the security purported to be created hereby, and makes no representation

-14-

BOOK 0055 PAGE 550

in respect thereof or in respect of the rights of the Beneficiaries.  The Trustee shall have the right to advise with counsel upon any matters arising hereunder, and shall be fully protected in relying as to legal matters on the advice of counsel.  The Trustee shall not incur any personal liability hereunder except for its own willful misconduct, and the Trustee shall have the right to rely on any instrument, document or signature authorizing or supporting any action taken or proposed to be taken by him hereunder believed by him in good faith to be genuine.

Section 5.2  Resignation or Removal of Trustee. The Trustee may resign by a writing addressed to the Beneficiaries and delivered to the Beneficiaries, or may be removed at any time with or without cause by an instrument in writing duly executed by or on behalf of each Beneficiary and filed for record in the manner required by law.  In case of the death, resignation or removal of the Trustee, a successor Trustee may be appointed by the Beneficiaries by an instrument of substitution complying with any applicable requirement of law, or, in the absence of any such requirement, without other formality than appointment and designation in writing.  Written notice of such appointment and designation shall be mailed to the Company by the Beneficiaries contemporaneously with such appointment.  The validity of any such appointment, however, shall not be impaired or affected by failure to give such notice, or by any defect therein.  Such appointment and designation shall be full evidence of the right and authority to make the same and of all facts therein recited, and upon the making of any such appointment and designation the successor Trustee named therein shall without further act or deed forthwith become vested with all the estate and title of the Trustee named herein in and to all of the Mortgaged Property, and he shall thereupon succeed to all of the rights, powers, privileges, immunities and duties hereby conferred upon the Trustee named herein, and one such appointment and designation shall not exhaust the right to appoint and designate a successor Trustee hereunder but such right may be exercised repeatedly as long as any indebtedness secured hereby remains unpaid.

If no successor Trustee shall have been appointed as contemplated by the foregoing provisions of this Section, or if appointed shall not have accepted the appointment, within 30 days after the resignation of the last Trustee or the occurrence of a vacancy in the office of the Trustee, then the Beneficiaries, or such retiring Trustee may apply to any court of competent jurisdiction to appoint a successor Trustee.

-15-