BOOK 0055 PAGE 554

American Incorporated, or Cominco Finance Corporation may have or acquire by way of subrogation as guarantors of the Obligations of the Company to the Lenders.

Section 6.14 <u>Applicable Law</u>. This Deed of Trust shall be governed by and construed in accordance with the laws of the State of Alaska.

Section 6.15. <u>Maturity</u>. Subject to Section 3.01 hereof, this Deed of Trust shall continue to constitute a lien on the Mortgaged Property until March 30, 2013.

IN WITNESS WHEREOF, the Company and the Beneficiaries have caused this instrument to be duly executed before the undersigned Notaries Public in and for the State of Alaska, the State of Washington, and the Province of British Columbia, Canada, after due reading of the whole.

COMINCO ALASKA INCORPORATED

By: _____
Title: PRESIDENT

Attest:
_____
Secretary

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on this ____ day of _____, 1988, before me, the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn as such, personally appeared _____, known to me to be the _____ of COMINCO ALASKA INCORPORATED, the corporation named in the foregoing instrument, and who acknowledged to me that the foregoing document was executed on behalf of said corporation for the uses and purposes therein mentioned, by authority of its board of directors.

-19-

BOOK 0055 PAGE 555

PROVINCE OF BRITISH COLUMBIA )
                              ) ss.
CANADA                        )

      THIS IS TO CERTIFY that on the 10th day of March, 1989, before me, the undersigned, a Notary Public in and for the Province of British Columbia, Canada, duly commissioned and sworn as such, personally appeared W. RALPH HARGRAVE, known to me to be the President of COMINCO ALASKA INCORPORATED, the corporation named in the foregoing instrument, who acknowledged to me that the foregoing document was executed on behalf of said corporation for the uses and purposes therein mentioned, by authority of its board of directors.

      IN WITNESS WHEREOF, I have hereunto set my hand and seal the 9th day of June 1989.

G. Leonard Manuel
Notary Public in and
for the Province of
British Columbia, Canada
My Commission Expires: N/A

BOOK 0055 PAGE 556

PROVINCE OF BRITISH COLUMBIA )
                             ) ss.
CANADA                       )

     THIS IS TO CERTIFY that on this 10th day of March, 1989, before me, the undersigned, a Notary Public in and for the Province of British Columbia, Canada, duly commissioned and sworn as such, personally appeared G. LEONARD MANUEL, known to me to be the Secretary of COMINCO ALASKA INCORPORATED, the corporation named in the foregoing instrument, and who acknowledged to me that the foregoing document was executed on behalf of said corporation for the uses and purposes therein mentioned, by authority of its board of directors.

     IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year last above written.

                                                         _____
                                                          H. Louise Malkin
                                                          A Notary Public in and
                                                          for the Province of
                                                          British Columbia, Canada
                                                          My Commission Expires: N/A