BOOK 0055 PAGE 557

~~IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and~~ year last above written.

                                                                    ~~Notary Public in and for Alaska~~
                                                           ~~My Commission Expires:~~

                                            COMINCO LTD.,
                                            A Canadian Corporation

                                            By: _/s/ Manuel_____
                                            Title: __G. LEONARD MANUEL__
                                                      GENERAL COUNSEL
                                                      AND SECRETARY

PROVINCE OF BRITISH COLUMBIA  )
                                        ) ss.
CANADA                                  )

     THIS IS TO CERTIFY that on this __10th__ day of __March, 1989__, ~~1988~~, before me, the undersigned, a Notary Public in and for the Province of British Columbia, Canada, duly commissioned and sworn as such, personally appeared __G. LEONARD MANUEL_____, known to me to be the __General Counsel and Secretary__ of COMINCO LTD., a Canadian corporation, the corporation named in the foregoing instrument, and who acknowledged to me that the foregoing document was executed on behalf of said corporation for the uses and purposes therein mentioned, by authority of its board of directors.

     IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year last above written.

                                            _/s/ HL Malkin_____
                                            Notary Public in and for the Province
                                            of British Columbia, Canada
                                            My Commission Expires: __N/A__

                                                    **H.L. MALKIN**
                                                    A Notary in and
                                                    for the Province of
                                                    British Columbia

BOOK 0055 PAGE 558

COMINCO AMERICAN INCORPORATED
A Washington Corporation

By: ___[signature]___
Title: **PRESIDENT**

STATE OF WASHINGTON  )
                     ) ss.
COUNTY OF  SPOKANE   )

THIS IS TO CERTIFY that on this __24th__ day of __April__, 1989, before me, the undersigned, a Notary Public in and for the State of Washington, duly commissioned and sworn as such, personally appeared __G. D. Robinson__, known to me to be the __President__ of COMINCO AMERICAN INCORPORATED, the corporation named in the foregoing instrument, and who acknowledged to me that the foregoing document was executed on behalf of said corporation for the uses and purposes therein mentioned, by authority of its board of directors.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year last above written.

___[signature]___
Notary Public in and for Washington
My Commission Expires: __5/11/91__

[Notary seal: DEBORAH ANNE FROST, NOTARY PUBLIC, STATE OF WASHINGTON]

COMINCO FINANCE CORPORATION
An Alaska Corporation

By: ___[signature]___
Title: **SECRETARY**

-21-

BOOK 0055 PAGE 559

PROVINCE OF BRITISH COLUMBIA )
                             ) ss.
CANADA                       )

    THIS IS TO CERTIFY that on this 10th day of November, 1988, before me, the undersigned, a Notary Public in and for the Province of British Columbia, Canada, duly commissioned and sworn as such, personally appeared MICHAEL J. HARDIN, known to me to be the Secretary of COMINCO FINANCE CORPORATION, the corporation named in the foregoing instrument, and who acknowledged to me that the foregoing document was executed on behalf of said corporation for the uses and purposes therein mentioned, by authority of its board of directors.

    IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year last above written.

                                                  *[signature]*
                                          G. Leonard Manuel
                                          A Notary Public in and
                                          for the Province of
                                          British Columbia, Canada
                                          My Commission Expires:  N/A