BOOK 0055 PAGE 560

SCHEDULE 1 to the Deed of Trust dated as of July 15, 1988 between Cominco Alaska Incorporated, as Trustor, and Security Title & Trust Agency of Alaska, Inc., as Trustee, and Cominco Ltd. and Cominco Finance Corporation, as Beneficiaries

LEGAL DESCRIPTION

All right, title, and interest now owned or hereafter acquired by Cominco Alaska Incorporated in and to the following described lands under (1) that certain Development and Operating Agreement dated as October 11, 1982, by and between NANA Regional Corporation, Inc. and Cominco American Incorporated (the "NANA Agreement"), and that certain Red Dog Mining Lease dated as of October 11, 1982, by and between NANA Regional Corporation, Inc. and Cominco American Incorporated (the "Red Dog Mining Lease"), and (2) that certain Agreement between Cominco American Incorporated and Alaska Industrial Development Authority dated June 30, 1986 for the Financing, Construction, Use, Operation, and Maintenance of the DeLong Mountain Transportation System as amended and supplemented by that certain supplemental agreement dated March 18, 1987 by and among Cominco Alaska Incorporated, Cominco Ltd. and Alaska Industrial Development Authority (hereinafter collectively referred to as "AIDA Agreement"):

The Red Dog Mine Property
(NANA Agreement & Red Dog Mining Lease)

Township 30 North, Range 18 West, Kateel River Meridian, Sections 4, 5, 6, 7, 8 and 9.

Township 30 North, Range 19 West, Kateel River Meridian, Sections 1, 2, 11, 12, 13 and 14.

Township 31 North, Range 18 West, Kateel River Meridian, Sections 7, 8, 9, 10, 11, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 26, 27, 28, 29, 30, 31, 32 and 33.

Kotzebue and Barrow Recording Districts, Second Judicial District, State of Alaska (unsurveyed).

- 1 -

BOOK 0055 PAGE 561

### BLM Right-of-way Permit Property
#### (AIDA Agreement and FF085267)

Township 31 North, Range 19 West, Kateel River Meridian, Section 36, SE1/4. Barrow Recording District, Second Judicial District, State of Alaska (unsurveyed).

### State of Alaska Right-of-Way Permit Property
#### (AIDA Agreement and ADL 409515)

Township 28 North, Range 21 West, Kateel River Meridian, Sections 1, 11, 12, 14, 15, 21, 22, 28, 29, 31 and 32.

Township 28 North, Range 22 West, Kateel River Meridian, Section 36.

Township 29 North, Range 19 West, Kateel River Meridian, Sections 4, 5, 6 and 7.

Township 29 North, Range 20 West, Kateel River Meridian, Sections 12, 13, 14, 15, 21, 22, 27, 28, 29 and 32.

Township 30 North, Range 19 West, Kateel River Meridian, Sections 22, 23, 27, 28 and 33.

Kotzebue Recording District, Second Judicial District, State of Alaska (unsurveyed).

### State of Alaska Material Sites and Access Roads Permit Property
#### (AIDA Agreement and ADL 409515, 412502, 412509, 412510, 412511, 412512, 412513, 412514)

Township 28 North, Range 21 West, Kateel River Meridian, Sections 1, 12 and 28.

Township 29 North, Range 20 West, Kateel River Meridian, Section 27.

Township 29 North, Range 19 West, Kateel River Meridian, Section 4, 7, 15 and 16.

Township 30 North, Range 19 West, Kateel River Meridian, Section 34.

Kotzebue Recording District, Second Judicial District, State of Alaska.

- 2 -

BOOK 0055 PAGE 562

### Cape Krusenstern Easement Property
(AIDA Agreement)

Township 26 North, Range 22 West, Kateel River Meridian; Sections 4 and 5; Section 6, E1/2; Sections 7, 8, 17 and 18.

Township 27 North, Range 22 West, Kateel River Meridian; Sections 1, 2 and 3; Section 4, E1/2; Section 9, E1/2; Sections 10 and 15; Section 16, NE1/4, S1/2; Section 20, SE1/4; Sections 21 and 28; Section 29, E1/2; Section 32, NE1/4, S1/2; Section 33.

Township 25 North, Range 23 West, Kateel River Meridian, Section 6.

Township 26 North, Range 23 West, Kateel River Meridian, Section 12, S1/2; Section 13; Section 14, S1/2; Section 21, S1/2; Section 22, NE1/4, S1/2; Section 23; Section 24, N1/2, SW1/4; Section 25, W1/2; Sections 26 to 31, inclusive; Section 32, N1/2, SW1/4.

Kotzebue Recording District, Second Judicial District, State of Alaska (unsurveyed).

### Red Dog Port Site and Related Road Lands Property
(AIDA Agreement)

Township 25 North, Range 24 West, Kateel River Meridian, Sections 1, 2, 3 (fractional), 4 (fractional), 9 (fractional), 10 (fractional), 11 (fractional), 12, 13, 14 (fractional), 15 (fractional), 23 (fractional) and 26 (fractional). Kotzebue Recording District, Second Judicial District, State of Alaska (unsurveyed).

### Red Dog Mine Site Road Property
(AIDA Agreement)

Township 30 North, Range 19 West, Kateel River Meridian, Section 1, NW1/4, NE1/4, SW1/4; Section 2, SE1/4; Section 11, E1/2; Section 14, E1/2, SW1/4.

Township 31 North, Range 18 West, Kateel River Meridian, Section 20, W1/2; Section 29, NW1/4; Section 30, E1/2; Section 31.

Kotzebue and Barrow Recording Districts, Second Judicial District, State of Alaska (unsurveyed).

- 3 -