BOOK 0055 PAGE 563

<u>State of Alaska Tidelands Lease Property</u>
(AIDA Agreement and ADL 412501)

A parcel of tideland located adjacent to unsurveyed Section 10, Township 25 North, Range 24 West, Kateel River Meridian, and more particularly described as follows: Commencing at NGS "Nigger", a brass capped iron post, thence North 69°27'33" West a distance of 1,037.51 feet to the point of beginning; thence South 62° West a distance of 1,000 feet; thence South 28° East a distance of 1,999.63 feet; thence North 62° East a distance of 996.52 feet; thence North 27°54'01" West a distance of 1,999.63 feet to the point of beginning, containing 45.825 acres, more or less. Kotzebue Recording District, Second Judicial District, State of Alaska. (This parcel covers lands in Sections 10 and 15, Township 25 North, Range 24 West, Kateel River Meridian.)

17/KC9

89-0532
91-
a/c 2-
RECORDED FILED
BARROW RECORDING
DISTRICT

AUG 3 10 11 AM '89
REQUESTED BY *HARTIG RHODES NORMAN MAHONEY & EDWARDS*
ADDRESS
*ATTN: SPENCER C. SNEED*
*717 K St.*
*ANCHORAGE AK 99501*

602690

- 4 -