
BOOK 0083 PAGE 311

BOOK 45 PAGE 834
Kotzebue Recording District

RECORD THIS DOCUMENT BOTH IN THE **BARROW RECORDING DISTRICT** AND IN THE **KOTZEBUE RECORDING DISTRICT**

INDEX THIS DOCUMENT AS FOLLOWS:

    Grantor:    NANA Regional Corporation, Inc.
    Grantee:    Cominco Alaska Incorporated
    Location:   See Exhibit A attached hereto and made a part hereof

*************************************************************************

## MEMORANDUM OF
## RED DOG MINING LEASE AS AMENDED

THIS MEMORANDUM OF RED DOG MINING LEASE AS AMENDED ("**this Memorandum**") is made effective as of 4th day of June, 1995, by and between NANA REGIONAL CORPORATION, INC. ("**NANA**"), an Alaska Native regional corporation the address of which is 1000 East Benson Boulevard, Anchorage, Alaska 99508, and COMINCO ALASKA INCORPORATED, an Alaska corporation the address of which is P.O. Box 1230 Kotzebue, Alaska 99752 ("**Cominco Alaska**").

### WITNESSETH

WHEREAS, NANA and Cominco American Incorporated ("**Cominco American**"), a Washington corporation, entered into that certain unrecorded Development and Operating Agreement, dated as of October 11, 1982 ("**NANA Agreement**"), affecting, *inter alia*, certain lands situated in the Barrow and Kotzebue Recording Districts and more particularly described in Exhibit A attached hereto and made a part hereof ("**Subject Lands**"); and

WHEREAS, NANA and Cominco American entered into that certain Red Dog Mining Lease ("**Original Lease**"), dated as of October 11, 1982, and recorded on March 29, 1988, at **Book 51, Page 472, Barrow** Recording District, and at **Book 33, Page 855, Kotzebue** Recording District, (inquiry notice of the Original Lease arose earlier by virtue of the recording of a memorandum on July 28, 1983, at **Book 36, Page 926, Barrow** Recording District, and at **Book 25, Page 355, Kotzebue** Recording District) which Original Lease (a) covered the lands described in **Part 1 of Exhibit A** attached hereto and made a part hereof ("**Original Lands**") and (b) incorporated and was made expressly subject to the NANA Agreement; and

WHEREAS, pursuant to that certain unrecorded Assignment ("**Cominco Assignment No. 1**") by and between Cominco American and Cominco Alaska dated March 17, 1987, Cominco American assigned to Cominco Alaska all of Cominco American's rights, titles, and interests in, to, and under the NANA Agreement; and

WHEREAS, pursuant to (a) that certain unrecorded Assignment ("**Cominco Assignment No. 2**") by and between Cominco American and Cominco Alaska dated March 17, 1987, and (b) that certain Assignment by and between Cominco American and Cominco Alaska dated March 28, 1988, and recorded on March 29, 1988, at **Book 51, Page 483, Barrow** Recording District, and at **Book 33, Page 866, Kotzebue** Recording District, Cominco American assigned to Cominco Alaska all of Cominco American's rights, titles, and interests in, to, and under the Original Lease; and

WHEREAS, NANA and Cominco Alaska entered into that certain unrecorded Amendment No. 1 to the Original Lease ("**Amendment No. 1**"), dated on or about October 11, 1989, which Amendment No. 1 made subject to the Original Lease the lands described in **Part 2 of**

BOOK 0083 PAGE 312

BOOK 45 PAGE 835
Kotzebue Recording District

Exhibit A attached hereto and made a part hereof ("**Added Lands**") and a copy of which Amendment No. 1 is attached hereto as **Exhibit B**; and

WHEREAS, a notice of Amendment No. 1 was recorded on November 3, 1989, at Book 36, Page 506, Kotzebue Recording District, but no notice of Amendment No. 1 has ever been recorded in the Barrow Recording District; and

WHEREAS, AS 40.17.120(b)(5) requires that the term of a lease (or the method for establishing the same) be set forth in any recorded memorandum thereof; and

WHEREAS, NANA and Cominco Alaska desire (a) to place fully of record in the proper recording districts the terms of Amendment No. 1 and (b) to ratify and confirm of record the Original Lease as amended by Amendment No. 1 (the Original Lease as amended by Amendment No. 1 is referred to hereinafter as the "**Red Dog Mining Lease as Amended**"); and

WHEREAS, capitalized terms used herein and not otherwise defined herein mean the same herein as in the Red Dog Mining Lease as Amended,

NOW, THEREFORE, in consideration of Ten Dollars ($10.00) and other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, NANA and Cominco Alaska hereby agree as follows:

1. **Ratification and Confirmation; Incorporation By Reference.**

   NANA and Cominco Alaska hereby ratify and confirm (a) the grant made in the Original Lease of the Original Lands and (b) the grant made in Amendment No. 1 of the Added Lands. The provisions of the Red Dog Mining Lease as Amended and the provisions of the NANA Agreement are incorporated herein by reference as if fully set forth herein.

2. **Grant.**

   To the extent not previously granted by or pursuant to the Original Lease or Amendment No. 1, and subject to the terms, conditions, exceptions and reservations contained in the Red Dog Mining Lease as Amended or in the NANA Agreement, NANA hereby grants, leases and demises (to the extent NANA has or hereafter acquires the right to do so) to Cominco Alaska, its successors and assigns, the exclusive right to the surface and subsurface of the Subject Lands and any and all Minerals located on, in or under the Subject Lands, for the purpose of exploring, prospecting, developing, working, using, mining, milling, and substantially equivalent processes, removing, transporting, storing, selling, disposing of, managing, and controlling any and all Minerals located on, in, or under the Subject Lands.

3. **Term.**

   The Red Dog Mining Lease as Amended shall remain in full force and effect only so long as the NANA Agreement is also in full force and effect. Section 19.1 of the NANA Agreement provides that the NANA Agreement "shall continue in full force and effect until terminated pursuant to this Section 19.1." Section 19.1 provides that the NANA Agreement may be terminated as follows:

   (a)   At the option of NANA due to the failure of Cominco to make any payment required by [the NANA Agreement] to NANA when due (other than a disputed payment as to which arbitration has been initiated), within 120

MEMORANDUM OF RED DOG MINING LEASE AS AMENDED—Page 2

BOOK 0083 PAGE 313

BOOK 45 PAGE 836
Kotzebue Recording District

    days after NANA notifies Cominco of such failure and Cominco fails to remedy same before the end of such 120 day period;

(b) at the option of either party, if the other party becomes insolvent or makes an assignment for the benefit of its creditors or applies for or consents to the appointment of a receiver, trustee, conservator or liquidator of such other party, of all or a substantial part of the party's assets, or such receiver, trustee, conservator or liquidator is appointed without the consent of the party and is not removed or discharged within sixty (60) days thereafter, or a petition is filed by or against a party under the Bankruptcy Act or any amendments thereto (including, without limitation, a petition for reorganization, arrangement or extension) or under any other insolvency law or laws providing for the relief of debtors, and such petition is not removed or withdrawn within sixty (60) days after filing;

(c) at the option of Cominco, at any time after completion of the Feasibility Study; or

(d) at any other time upon mutual agreement of the parties.

4. **Authority for Recording.**

This instrument is entitled to be recorded under one or more of the following statutes:

    AS 40.17.110(b)(1) (Supp. 1995);
    AS 40.17.110(b)(53) (Supp. 1995);
    AS 40.17.110(b)(56) (Supp. 1995);
    AS 40.17.110(b)(60) (Supp. 1995);
    AS 40.17.120(b) (1988).

    IN WITNESS WHEREOF, the parties have executed this Memorandum effective as of the date first above written.

NANA REGIONAL CORPORATION, INC.

By: _[signature]_
Printed Name: Charlie A. Curtis
Title: President & CEO

COMINCO ALASKA INCORPORATED

By: _[signature]_
Printed Name: W.C. Hagrave
Title: PRESIDENT

MEMORANDUM OF RED DOG MINING LEASE AS AMENDED—Page 3

BOOK 0083 PAGE 314

BOOK 45 PAGE 837
Kotzebue Recording District

STATE OF ALASKA      )
                    ) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on the 1st day of May, at Anchorage, Alaska, the foregoing instrument was acknowledged before me by Charlie A. Curtis, President of NANA REGIONAL CORPORATION, INC., an Alaska Native regional corporation, on behalf of the corporation.

IN WITNESS WHEREOF, I have hereunto set my hand and seal.

_Sonora E. Baker_
Notary Public in and for Alaska
My commission expires 9-16-98

STATE OF ALASKA      )
                    ) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on the 10th day of May, at Anchorage, Alaska, the foregoing instrument was acknowledged before me by W. R. HARGRAVE, PRESIDENT of COMINCO ALASKA INCORPORATED, an Alaska corporation, on behalf of the corporation.

IN WITNESS WHEREOF, I have hereunto set my hand and seal.

_Sherry D. Briggs_
Notary Public in and for Alaska
My commission expires 11-20-96

***************************************************************************

AFTER RECORDING RETURN THIS DOCUMENT TO:

Guess & Rudd
Attention: Joseph J. Perkins, Jr.
510 L Street, Suite 700
Anchorage, Alaska 99501

MEMORANDUM OF RED DOG MINING LEASE AS AMENDED—Page 4

BOOK 0083 PAGE 315

BOOK 45 PAGE 838
Kotzebue Recording District

# EXHIBIT A

## Subject Lands

**PART 1:** **Original Lands**

Township 30 North, Range 18 West, Kateel River Meridian:
Sections 4, 5, 6, 7, 8, and 9

Township 30 North, Range 19 West, Kateel River Meridian:
Sections 1, 2, 11, 12, 13, and 14

Township 31 North, Range 18 West, Kateel River Meridian:
Sections 7, 8, 9, 10, 11, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 26, 27, 28, 29, 30, 31, 32, and 33

**PART 2:** **Added Lands**

Township 30 North, Range 17 West, Kateel River Meridian:
Section 6

Township 30 North, Range 18 West, Kateel River Meridian:
Sections 1, 2, and 3

Township 30 North, Range 19 West, Kateel River Meridian:
Sections 3, 4, 5, 6, 7, 8, 9, 10, 15, 16, 17, and 18

Township 31 North, Range 17 West, Kateel River Meridian:
Sections 5, 6, 7, 8, 17, 18, 19, 20, 29, 30, 31, and 32
(excluding those lands in the Kelly River drainage)

Township 31 North, Range 18 West, Kateel River Meridian:
Sections 1, 2, 3, 4, 5, 6, 12, 13, 24, 25, 34, 35, and 36

Township 32 North, Range 17 West, Kateel River Meridian:
Section 29, 30, 31, and 32
(excluding those lands in the Kelly River drainage)

Township 32 North, Range 18 West, Kateel River Meridian:
Sections 3, 4, 5, 6, 7, 8, 9, 10, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, and 36
(excluding those lands in the Kelly River drainage)

BOOK 0083 PAGE 316

BOOK 45 PAGE 839
Kotzebue Recording District

**EXHIBIT B**

Amendment No. 1

[attached]

MAY-15-95 MON 16:58     HARTIG RHODES ET AL        FAX NO. 2174332            P. 02

BOOK 0083 PAGE 317

BOOK 45 PAGE 840
Kotzebue Recording District

## AMENDMENT NO. 1

THIS AMENDMENT NO. 1 to the Red Dog Mining Lease (hereinafter referred to as the "Lease"), a Memorandum of which has been recorded in the Kotzebue Recording District, Book 25, Pages 355 and 356, is entered into as of the _____ day of October 1989, by and between NANA REGIONAL CORPORATION, INC., a corporation organized pursuant to the laws of the State of Alaska (hereinafter "Lessor") and COMINCO ALASKA INCORPORATED, an Alaska corporation (hereinafter "Lessee"), Assignee of COMINCO AMERICAN INCORPORATED, a corporation organized pursuant to the laws of the State of Washington:

### W I T N E S S E T H :

WHEREAS, Lessor and Lessee have entered into the Lease dated October 11, 1982 conveying to Lessee an economic interest in the Subject Lands, or the prospective right to such an interest upon the Conveyance of such property to NANA; and

WHEREAS, Article III(d) of the Development and Operating Agreement (hereinafter "Agreement") between Lessor and Lessee dated October 11, 1982, provides that Lessor shall notify Lessee if it has elected to receive a Conveyance to any part of the Additional Exploration Property described in Exhibit B to the Agreement; and

RED DOG MINING LEASE, AMENDMENT NO. 1      -1-

MAY-15-95 MON 16:58   MARTIG RHODES ET AL   FAX NO. 2774332   P. 03

BOOK 0083 PAGE 318

BOOK 45 PAGE 841
Kotzebue Recording District

WHEREAS, the letter dated July 5, 1989, from John A. L. Rense, Vice President-Minerals of Lessor to Ralph Hargrave, President of Lessee, constitutes such notice; and

WHEREAS, Lessee has complied with the conditions of Article III of the Agreement;

THEREFORE, the Lessor leases to Lessee the following described lands when Lessor receives conveyances of the same from the Bureau of Land Management, which lands which are hereby added to the Subject Lands, as described in Exhibit A to the Lease. These lands are leased subject to the same terms, conditions, exceptions and reservations as the Subject Lands:

### Kateel River Meridian

Township 32 North, Range 18 West, Sections 3 through 10, 13 through 36 (except those lands within the Kelly River drainage);

Township 32 North, Range 17 West, Sections 29 through 32 (except those lands within the Kelly River drainage);

Township 31 North, Range 18 West, Sections 1 through 6, and Sections 12, 13, 24, 25, 34, 35 and 36;

RED DOG MINING LEASE, AMENDMENT NO. 1   - 2 -

MAY-15-95 MON 10:59    MARTIN RHODES ET AL    FAX NO. 2771992    P. 01

BOOK 0083 PAGE 319

BOOK 45 PAGE 842
Kotzebue Recording District

Township 31 North, Range 17 West, Sections 5 through 8 (except those lands within the Kelly River drainage), 17 through 20, 29 through 32;

Township 30 North, Range 19 West, Sections 3 through 10, and Sections 15 through 18;

Township 30 North, Range 18 West, Sections 1 through 3;

Township 30 North, Range 17 West, Section 6.

IN WITNESS WHEREOF, the parties hereto have executed this Amendment No. 1 as of the first date hereinabove written.

LESSOR:

NANA REGIONAL CORPORATION, INC.

Witness

By: _____
Title: Sr V&o P-S

LESSEE:

COMINCO ALASKA INCORPORATED

Witness

By: _____
W. R. Hargrave
President

STATE OF ALASKA       )
                      : ss.:
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on the 11th day of October 1989, before me, the undersigned, a Notary Public in and for the State

RED DOG MINING LEASE, AMENDMENT NO. 1    - 3 -

BOOK 0083 PAGE 320

BOOK 45 PAGE 843
Kotzebue Recording District

of Alaska, duly commissioned and sworn as such, personally appeared _____, to me known to be the _____ of NANA REGIONAL CORPORATION, INC., the corporation named in the foregoing Amendment No. 1 to the Mining Lease, and he acknowledged to me that he has in his official capacity aforesaid, executed the foregoing Amendment No. 1 as the free act and deed of the said corporation for the uses and purposes therein stated.

WITNESS my hand and notarial seal the day and year last above written.

_____
Notary Public in and for Alaska
My commission expires: 7-7-91

STATE OF ALASKA          )
                         : ss.:
THIRD JUDICIAL DISTRICT  )

THIS IS TO CERTIFY that on the 11th day of October 1989, before me, the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn as such, personally appeared W. R. Hargrave, to me known to be the President of COMINCO ALASKA INCORPORATED, the corporation named in the foregoing Amendment No. 1 to the Mining Lease, and he acknowledged to me that he has in his official capacity aforesaid, executed the foregoing Amendment No. 1 as the free act and deed of the said corporation for the uses and purposes therein stated.

WITNESS my hand and notarial seal the day and year last above written.

_____
Notary Public in and for Alaska
My commission expires: 2/7/1993

\docs\62880\00005\leasamen.agr

96-0938
BARROW REC 42-
DISTRICT    CC
REQUESTED BY G+R

'96 MAY 13 PM 3 10

96-402
RECORDED - FILED 42-
KOTZEBUE REC. DIST.
DATE 5/13   19 96
TIME 3:10   PM
Requested by G+R
Address_____

RED DOG MINING LEASE, AMENDMENT NO. 1    -4-