ʙᴏᴏᴋ **0051** ᴘᴀɢᴇ **483**

ʙᴏᴏᴋ **0033** ᴘᴀɢᴇ **866**

## ASSIGNMENT

COMINCO AMERICAN INCORPORATED (Assignor), a Washington Corpo-
ration, for value received, the receipt and sufficiency of which
is hereby acknowledged, does hereby sell, assign, transfer and
set over unto COMINCO ALASKA INCORPORATED (Assignee), an Alaska
Corporation, all of its right, title, and interest in and to that
certain Red Dog Mining Lease, concerning lands described in
Exhibit "A" attached hereto, between NANA REGIONAL CORPORATION,
INC. and Assignor, dated October 11, 1982 (The Agreement).  From
and after the date hereof, Assignee hereby agrees to observe all
of the terms, conditions, and stipulations in the Agreement and
hereby agrees to perform and discharge all obligations of the
Assignor under the Agreement.  Assignee hereby agrees to save
harmless and indemnify the Assignor against all claims, demands,
and actions arising from the failure of Assignee to comply with
the terms and provisions of the Agreement and to perform and
discharge all the obligations thereunder.

IN WITNESS WHEREOF this Assignment has been executed on the 28th
day of ___March___ , 1988.

COMINCO AMERICAN INCORPORATED            COMINCO ALASKA INCORPORATED

By: _~~signature~~_                      By: _~~signature~~_

Its: _President_                         Its: _President_

STATE OF ALASKA            )
                           ) ss:
THIRD JUDICIAL DISTRICT     )

        THIS IS TO CERTIFY that on the 25th day of _March_ ,
1988, before me, the undersigned, a Notary Public in and for the
State of Alaska, duly commissioned and sworn as such, personally
appeared _W. Ralph Halvorsen_ , to me known to be the _President_
of COMINCO ~~AMERICAN~~ INCORPORATED, and known to me to be the person
who executed the within instrument on behalf of the corporation
herein named, and acknowledged to me that the same was signed as a
free act and deed of the said corporation for the uses and pur-
poses therein stated and pursuant to its Bylaws or a resolution of
its Board of Directors.

        WITNESS my hand and notarial seal the day and year first
above written.

\* ALASKA

                                    _~~signature~~_
                                    Notary Public in and for Alaska
                                    My Commission Expires: _____

BOOK 0033 PAGE 867                    BOOK 0051 PAGE 484

STATE OF WASHINGTON        )
                           ) ss:
COUNTY OF SPOKANE          )

        THIS IS TO CERTIFY that on the 28th day of March            ,
1988, before me, the undersigned, a Notary Public in and for the
State of Washington duly commissioned and sworn as such, personally
appeared G. D. Robinson          , to me known to be the President
of COMINCO *ALASKA INCORPORATED, and known to me to be the person
who executed the within instrument on behalf of the corporation
herein named, and acknowledged to me that the same was signed as a
free act and deed of the said corporation for the uses and pur-
poses therein stated and pursuant to its Bylaws or a resolution of
its Board of Directors.

        WITNESS my hand and notarial seal the day and year first
above written.

* AMERICAN                          _____
                                    Notary Public in and for Washington
                                    My Commission Expires: 8/1/91

                    CONSENT TO ASSIGNMENT

NANA REGIONAL CORPORATION, INC., an Alaska Corporation, hereby
consents to the above Assignment but does not release the Assignor
from its further obligations, performance, or liability under the
Red Dog Mining Lease referenced in the above Assignment.

IN WITNESS WHEREOF this Consent to Assignment has been executed on
the 24th day of March        , 1988.

                            NANA REGIONAL CORPORATION, INC.

                            By: _____
                            Its: Sr. Vice President

STATE OF ALASKA            )
                           ) ss:
THIRD JUDICIAL DISTRICT    )

        THIS IS TO CERTIFY that on the 24th day of March           ,
1988, before me, the undersigned, a Notary Public in and for the
State of Alaska, duly commissioned and sworn as such, personally

                            - 2 -

BOOK 0033 PAGE 868

BOOK 0051 PAGE 485

appeared _John Shively_ , to me known to be the _Sr. Vice President_
of NANA REGIONAL CORPORATION, INC., and known to me to be the
person who executed the within instrument on behalf of the corpo-
ration herein named, and acknowledged to me that the same was
signed as a free act and deed of the said corporation for the uses
and purposes therein stated and pursuant to its Bylaws or a
resolution of its Board of Directors.

        WITNESS my hand and notarial seal the day and year first
above written.

                                        _Sandra_
                    Notary Public in and for Alaska
                    My Commission Expires: _12-90_

60/LL

After recording, return to:
GUESS & RUDD
Joseph J. Perkins, Jr.
510 L. Street, Suite 700
Anchorage, Alaska 99501

                    - 3 -

BOOK **0033** PAGE **869**               BOOK **0051** PAGE **486**

<u>EXHIBIT A</u>

The Red Dog Property located in the Kateel River Meridian, State of Alaska, to-wit:

    Township 30 North, Range 18 West, Sections 4, 5, 6, 7, 8 and 9;

    Township 30 North, Range 19 West, Sections 1, 2, 11, 12, 13 and 14;

    Township 31 North, Range 18 West, Sections 7, 8, 9, 10, 11, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 26, 27, 28, 29, 30, 31, 32 and 33.

Kotzebue and Barrow Recording Districts, Second Judicial District, State of Alaska.

ORIGINAL RED DOG MINING LEASE IS RECORDED AT BOOK 51, PAGES 472-482, BARROW REC. DIST. and AT BOOK 33, PAGES 855-865, KOTZEBUE REC. DIST.

88-0196

88-128

RECORDED - FILED /9 - KOTZEBUE REC. DIST.
DATE 3-29 1988
TIME 2:08 P.M.
Requested by GUESS + RUDD
Address

RECORDED-FILED BARROW RECORDING DISTRICT
MAR 29 2 08 PM '88
REQUESTED BY GUESS + RUDD
ATTN: JOSEPH J. PERKINS JR.
ADDRESS 510 L STREET, SUITE 700
ANCHORAGE, AK 99501

58/LL

EXHIBIT A

**Exh. E, Page 4 of 4**