BOOK 36 PAGE 506
Kotzebue Recording District

OCT 23 1989

## MEMORANDUM OF LEASE AND AMENDMENT

WHEREAS, on October 11, 1982, NANA Regional Corporation, Inc., Lessor, granted a lease to Cominco American Incorporated, Lessee, conveying to Lessee, its successors and assigns, the exclusive right to the surface and subsurface, and any and all minerals located on, in or under the land described in that certain Memorandum of Lease dated July 11, 1983 and recorded at Book 25, pages 355 and 356, of the records of the Kotzebue Recording District, and at Book 36, pages 926 ad 927, of the records of the Barrow Recording District; and

WHEREAS, said lease was assigned by Cominco American Incorporated, as Assignor, to Cominco Alaska Incorporated, as Assignee, on March 28, 1988; and

WHEREAS, NANA Regional Corporation, Lessor, and Cominco Alaska Incorporated (Assignee and Successor in Interest to Cominco American Incorporated), as Lessee, hereby give notice that said lease has been amended so as to include the following additional lands situated within the State of Alaska, Second Judicial District:

   T. 30 N, R. 17W, KRM Sec. 6

   T. 30 N, R. 18W, KRM Secs. 1-3

   T. 30 N, R. 19W, KRM Secs. 3-10, 15-18

   T. 31 N, R. 17W, KRM Secs. 5-8 (except those lands within
       the Kelly River drainage, 17-20, 29-32

   T. 31 N, R. 18W KRM Secs. 1-6, 12-13, 24-25, 34-36

MEMORANDUM OF LEASE AND AMENDMENT        Page - 1 -

BOOK 36 PAGE 507
Kotzebue Recording District

T. 32 N, R. 17W KRM Secs. 29-32 (except those lands within the Kelly River drainage)

T.32 N, R. 18W, KRM Secs. 3-10, 13-36 (except those lands within the Kelly River drainage)

This Memorandum of Lease Amendment is not a complete summary of such Lease Amendment but hereby gives notice of the existence of said Lease Amendment and incorporates by reference all of the provisions thereof.

Dated this 11 day of October 1989.

Lessor:

NANA REGIONAL CORPORATION, INC.

By: _____
Title: Senior Vice President

Lessee/Assignee:

COMINCO ALASKA INCORPORATED

By: _____
W. R. Hargrave
President

STATE OF ALASKA           )
                          : ss.:
THIRD JUDICIAL DISTRICT   )

THIS IS TO CERTIFY that on the 11th day of October 1989, before me, the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn as such, personally appeared John Schuch, to me known to be the Senior Vice President of NANA REGIONAL CORPORATION, INC., a corporation, and known to me to

MEMORANDUM OF LEASE AND AMENDMENT        Page - 2 -

Exh. F, Page 2 of 3

BOOK 36 PAGE 508
Kotzebue Recording District

be the person who executed the within instrument on behalf of the corporation herein named, and who acknowledged to me that the same was signed as a free act and deed of the said corporation for the uses and purposes therein stated and pursuant to its Bylaws or a resolution of its Board of Directors.

WITNESS my hand and notarial seal the day and year last above written.

_Sandra E. Baker_
Notary Public in and for Alaska
My commission expires: 9-16-90

STATE OF ALASKA           )
                          : ss.:
THIRD JUDICIAL DISTRICT   )

THIS IS TO CERTIFY that on the _20th_ day of October 1989, before me, the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn as such, personally appeared W. R. Hargrave to me known to be the President of COMINCO ALASKA INCORPORATED, a corporation, and known to me to be the person who executed the within instrument on behalf of the corporation herein named, and who acknowledged to me that the same was signed as a free act and deed of the said corporation for the uses and purposes therein stated and pursuant to its Bylaws or a resolution of its Board of Directors.

WITNESS my hand and notarial seal the day and year last above written.

_M. Faye Rice_
Notary Public in and for Alaska
My commission expires: 2/7/1993

\docs\62880\00005\memoleas.agr

89-0693
16 — Return to:    NANA Regional Corp., Inc.
                   4706 Harding Drive
RECORDED ~~FILED~~   Anchorage, AK  99517
KOTZEBUE REC.
DISTRICT           Attn: John A. L. Rense, V. P. Minerals

Nov 3  2 43 PM '89
            NANA Regional Corp. Inc.
ADDRESS 604 851

MEMORANDUM OF LEASE AND AMENDMENT       Page - 3 -