Thomas M. Daniel
Alaska Bar No. 8601003
TDaniel@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:  907.279.8561
Facsimile:  907.276.3108

Attorneys for Intervenor
NANA Regional Corporation

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,<br><br>         Plaintiff,<br><br>  v.<br><br>TECK ALASKA, INCORPORATED,<br><br>         Defendant,<br><br>and<br><br>NANA REGIONAL CORPORATION, INC.,<br><br>         Defendant/Intervenor. | Case No. 4:09-cv-00020-RRB |

## NANA'S MOTION TO RESCHEDULE ORAL ARGUMENT

The Court has scheduled oral argument on pending motions in this case for

Thursday, February 4, 2010, at 3 p.m. in Fairbanks.  The undersigned counsel for

NANA has a long-scheduled vacation out of state from January 23, 2010 through

NANA'S MOTION TO RESCHEDULE
ORAL ARGUMENT
Conitz v. Teck Alaska                                          -1-
Case No. 4:09-cv-00020-RRB
18531-0015/LEGAL17490805.1

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

February 6, 2010. Therefore, counsel respectfully requests the Court to reschedule the hearing for a date after February 8, 2010. I have conferred with counsel for defendant Teck Alaska, and he prefers a date after February 15, 2010. I also conferred with counsel for plaintiff, but he prefers to keep the present oral argument date.

The undersigned would further note that he was willing to appear telephonically in some of the hearings on motions in this matter, especially scheduling conferences. However, in this instance, the Court is scheduling a hearing on motions that go to the heart of the case – especially plaintiff's motion for an injunction enjoining the enforcement of the shareholder preference program at the Red Dog Mine. Because this motion significantly affects the interests of NANA, its counsel feels it is essential to be present, in person, for the oral argument.

For all the foregoing reasons, NANA respectfully requests that the hearing on the pending motions be rescheduled.

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

NANA'S MOTION TO RESCHEDULE
ORAL ARGUMENT
Conitz v. Teck Alaska                    -2-
Case No. 4:09-cv-00020-RRB
18531-0015/LEGAL17490805.1

DATED: December 30, 2009.

s/ Thomas M. Daniel, Alaska Bar No. 8601003
TDaniel@perkinscoie.com
**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:  907.279.8561
Facsimile:  907.276.3108

Attorneys for Defendant/Intervenor
NANA Regional Corporation

The undersigned hereby certifies that a true and correct
copy of the foregoing document is being electronically
served on Sean Halloran and Kenneth Covell this 30th
day of December, 2009.
s/Thomas M. Daniel

NANA'S MOTION TO RESCHEDULE
ORAL ARGUMENT
Conitz v. Teck Alaska                                   -3-
Case No. 4:09-cv-00020-RRB
18531-0015/LEGAL17490805.1