SEAN HALLORAN
Hartig Rhodes Hoge & Lekisch P.C.
717 K Street
Anchorage, AK 99501
Phone: 907-276-1592
Fax:    907-277-4352
mail@hartig.com

Counsel for Teck Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, )<br><br>        Plaintiff, )<br><br>vs. )<br><br>TECK ALASKA INCORPORATED )<br><br>        Defendant. )<br>_____ ) | Case No. 4:09-cv-00020-RRB |

**RESPONSE TO NANA MOTION TO RESCHEDULE ARGUMENT**

Teck does not oppose NANA's motion to reschedule oral argument on all

pending motions.  However, Teck's counsel is currently scheduled to be in a

hearing before the Alaska State Commission for Human Rights during the week

of February 8.  It is for that reason that, if argument is rescheduled to a later

date, Teck requests that it be rescheduled for any date on or after February 15.

Dated this 30th day of December 2009.

HARTIG RHODES HOGE & LEKISCH, P.C.
Attorneys for Teck Alaska Incorporated


By: _____
Sean Halloran

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of December, 2009
a true and correct copy of the foregoing was served
on Kenneth Covell and Thomas Daniel by electronic
means through the ECF system as indicated on
the Notice of Electronic Filing.

Becky Lewis
Hartig Rhodes Hoge & Lekisch PC