**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

GREGG CONITZ,
      Plaintiff,

Case Number 4:09-cv-00020-RRB

v.

TECK ALASKA INCORPORATED,
      Defendant,

and

NANA REGIONAL CORPORATION,
      Intervenor Defendant.   **JUDGMENT IN A CIVIL CASE**

__   **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT the plaintiff recover nothing and the action is dismissed on the merits.

APPROVED:

/s/RALPH R. BEISTLINE
RALPH R. BEISTLINE
United States District Judge

FEBRUARY 1, 2010
Date

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

/s/IDA ROMACK
Ida Romack, Clerk of Court

[~1968536.wpd]{JMT2.WPT*Rev.3/03}