**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

GREGG CONITZ,
     Plaintiff,

                                         Case Number 4:09-cv-00020-RRB

v.

TECK ALASKA INCORPORATED,
     Defendant,

and

NANA REGIONAL CORPORATION,
     Intervenor Defendant.    **JUDGMENT IN A CIVIL CASE**

\_   **JURY VERDICT.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX   **DECISION BY COURT.**  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

       THAT the plaintiff recover nothing and the action is dismissed on the merits.  *Costs taxed for defendant Teck Alaska Incorporated and against plaintiff in the amount of $413.55

APPROVED:

/s/RALPH R. BEISTLINE
RALPH R. BEISTLINE
United States District Judge

FEBRUARY 1, 2010
Date

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

/s/IDA ROMACK
Ida Romack, Clerk of Court

*Redistributed with costs 3/23/10

[~1968536.wpd]{JMT2.WPT*Rev.3/03}