IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT FAIRBANKS

GREGG CONITZ,

    Appellant,

v.

TECK ALASKA INCORPORATED,

    Appellee.

Case No. 4:09-cv-20 RRB

### PLAINTIFF GREGG CONITZ'S NOTICE OF APPEAL

Comes now, Plaintiff Gregg Conitz, by and through counsel, and hereby appeals to the Court of Appeals for the Ninth Circuit pursuant to FRAP 4(a)(1)(A), the order and judgment dismissing his case for employment discrimination under Title VII of the United States Code and other civil rights acts.

RESPECTFULLY SUBMITTED this 1st day of March 2010, at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for the Plaintiff, Gregg Conitz
s/ Kenneth L. Covell
712 Eighth Avenue
Fairbanks, Alaska 99701

LAW OFFICES OF
KENNETH L. COVELL
712 8TH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802

*Plaintiff Gregg Conitz's Notice of Appeal*  Page 1 of 2

Phone: (907) 452-4377
Fax: (907) 451-7802
Email: kcovell@gci.net
ABA No. 8611103

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been delivered via U.S. MAIL to the following attorney(s) and/or parties of record:

Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, AK 99501-3397

Thomas Daniels
Perkins Coie LLP
1029 W. 3rd Ave., Ste. 300
Anchorage, AK 99501

March 1, 2010

By: _____
Yauna Taylor
Law Office of Kenneth L. Covell

LAW OFFICES OF
KENNETH L. COVELL
712 8TH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802

*Plaintiff Gregg Conitz's Notice of Appeal*

*Page 2 of 2*