# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA AT FAIRBANKS

GREGG CONITZ,

    Plaintiff,

v.

TECK ALASKA INCORPORATED,

    Defendant.

Case No. 4:09-cv-20 RRB

## ISSUES ON APPEAL

The parties to this action, the names, addresses and telephone numbers of their respective counsel, are as follows:

1. Whether the Court erred in Denying Plaintiff's Motion for Injunction and Jury Instruction on the illegality of Alaska Native/NANA Shareholder hire preference (Doc. 93);

2. Whether the court erred in denying Plaintiff's Motion to Reconsider the Court's Order at Doc. 95; because Plaintiff did not receive due process (Doc. 98);

3. Whether the Court erred in granting Defendants Motion for Summary Judgment and dismissing the case (Doc. 94);

LAW OFFICES OF
KENNETH L. COVELL
712 8TH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802

*Issues on Appeal*　　　　　　　　　　　　　　　　　　　　　　　　　*Page 1 of 2*

4. Any issues which may arise from trial court decisions subsequent to the filing of this Notice of Appeal.

RESPECTFULLY SUBMITTED this 1st day of March 2010, at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for the Plaintiff, Gregg Conitz
s/ Kenneth L. Covell
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: (907) 452-4377
Fax: (907) 451-7802
Email: kcovell@gci.net
ABA No. 8611103

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been delivered via U.S. MAIL to the following attorney(s) and/or parties of record:

Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, AK 99501-3397

Thomas Daniels
Perkins Coie LLP
1029 W. 3rd Ave., Ste. 300
Anchorage, AK 99501

March 1, 2010

By: _____
Yauna Taylor
Law Office of Kenneth L. Covell

LAW OFFICES OF
KENNETH L. COVELL
712 8TH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802

Issues on Appeal

Page 2 of 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA AT FAIRBANKS

GREGG CONITZ,

        Plaintiff,

v.

TECK ALASKA INCORPORATED,

        Defendant.

Case No. 4:09-cv-20 RRB

## REPRESENTATION STATEMENT

The parties to this action, the names, addresses and telephone numbers of their respective counsel, are as follows:

1. For Plaintiff/Appellant Gregg Conitz
   Kenneth L. Covell (Alaska Bar No. 8611103)
   LAW OFFICES OF KENNETH L. COVELL
   712 Eighth Avenue
   Fairbanks, AK 99701
   (907) 452-4377
   (907) 451-7802 fax
   kcovell@gci.net

2. For Defendant/Appellee Teck Cominco Alaska Inc.
   Sean Halloran
   HARTIG RHODES HOGE & LEKISCH
   717 K Street
   Anchorage, AK 99501
   (907) 276-1592
   (907) 277-4352 fax
   sean.halloran@hartig.com

LAW OFFICES OF
KENNETH L. COVELL
712 8TH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802

*Representation Statement*        *Page 1 of 2*

3. For Intervenor Defendant NANA Regional Corporation
   Thomas M. Daniel
   PERKINS COIE, LLP
   1029 W. 3rd Avenue, Suite 300
   Anchorage, AK 99501
   (907) 279-8561
   (907) 276-3108 fax
   tdaniel@perkinscoie.com

RESPECTFULLY SUBMITTED this 1st day of March 2010, at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for the Plaintiff, Gregg Conitz
s/ Kenneth L. Covell
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: (907) 452-4377
Fax: (907) 451-7802
Email: kcovell@gci.net
ABA No. 8611103

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been delivered via U.S. MAIL to the following attorney(s) and/or parties of record:

Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, AK 99501-3397

Thomas Daniels
Perkins Coie LLP
1029 W. 3rd Ave., Ste. 300
Anchorage, AK 99501

March 1, 2010

By: _____
Yauna Taylor
Law Office of Kenneth L. Covell

LAW OFFICES OF
KENNETH L. COVELL
712 8TH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802

*Representation Statement*                    *Page 2 of 2*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

GREGG CONITZ,

    Plaintiff-Appellant,

v.

TECK ALASKA INCORPORATED,

    Defendant-Appellee.

Case No. 4:09-cv-20 RRB

## CERTIFICATE OF SERVICE

This is to certify that a copy of the United States Court of Appeals for the Ninth Circuit Civil Appeals Docketing Statement, including copy of Judgment and Representation Statement has been delivered via United States Postal Service to the following attorney(s) and/or parties of record:

Sean Halloran
HARTIG RHODES HOGE & LEKISCH
717 K Street
Anchorage, AK 99501
(907) 276-1592
(907) 277-4352 fax
sean.halloran@hartig.com

Thomas M. Daniel   ( Courtesy Copy )  Intervenor
PERKINS COIE, LLP
1029 W. 3rd Avenue, Suite 300
Anchorage, AK 99501
(907) 279-8561
(907) 276-3108 fax
tdaniel@perkinscoie.com

LAW OFFICES OF
KENNETH L. COVELL
712 8TH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802

Certificate of Service

Page 1 of 2

RESPECTFULLY SUBMITTED this 1st day of March 2010, at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for the Plaintiff, Gregg Conitz
s/ Kenneth L. Covell
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: (907) 452-4377
Fax: (907) 451-7802
Email: kcovell@gci.net
ABA No. 8611103

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been delivered via U.S. MAIL to the following attorney(s) and/or parties of record:

Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, AK 99501-3397

Thomas Daniels
Perkins Coie LLP
1029 W. 3rd Ave., Ste. 300
Anchorage, AK 99501

March 1, 2010

By: _____
Yauna Taylor
Law Office of Kenneth L. Covell

LAW OFFICES OF
KENNETH L. COVELL
712 8TH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802

*Certificate of Service*                                                *Page 2 of 2*